IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, COMMON CAUSE PENNSYLVANIA, BLACK POLITICAL EMPOWERMENT PROJECT, and MAKE THE ROAD PENNSYLVANIA,<br><br>          Plaintiffs,<br><br>     v.<br><br>LEIGH M. CHAPMAN, in her official capacity as Acting Secretary of the Commonwealth, et al.,<br><br>          Defendants. | Civ. No. 1:22-cv-339<br><br>**FILED ELECTRONICALLY** |

## NOTICE OF APPEARANCE

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs Pennsylvania State Conference of the NAACP, League of Women Voters of Pennsylvania, Philadelphians Organized to Witness, Empower and Rebuild, Common Cause Pennsylvania, Black Political Empowerment Project, and Make the Road Pennsylvania.

Respectfully submitted,

Dated: November 7, 2022

s/ Stephen A. Loney, Jr.
Stephen A. Loney, Jr.  (PA 202535)
ACLU OF PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
P: 215-592-1513
sloney@aclupa.org
*Counsel for Plaintiffs*