# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENNSYLVANIA STATE | : | Civil Action |
| CONFERENCE OF THE | : | |
| NAACP, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Case No. <u>1:22-CV-00339-SPB</u> |
| vs. | : | |
| | : | |
| CHAPMAN, *et al.*, | : | |
| | : | Judge Susan Paradise Baxter |
| Defendants. | : | |

## <u>NOTICE OF APPEARANCE</u>

TO THE CLERK OF THE DISTRICT COURT:

Kindly enter my appearance on behalf of Defendant, Lycoming County

Board of Elections, in the above captioned matter.

Respectfully submitted,

McCORMICK LAW FIRM

By: __*/s/ J. David Smith*__
   J. David Smith,
   PA I.D. No. 27813
   Attorney for Defendant
   Lycoming County Board of Elections

   835 West Fourth Street
   Williamsport, PA 17701
   (570) 326-5131
   (570) 326-5529  (fax)
   <u>dsmith@mcclaw.com</u>

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a true and correct copy of this document via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

McCORMICK LAW FIRM

By: _/s/ J. David Smith_
        J. David Smith,
        PA I.D. No. 27813
        Attorney for Defendant
        Lycoming County Board of Elections

        835 West Fourth Street
        Williamsport, PA 17701
        (570) 326-5131
        (570) 326-5529 (fax)
        dsmith@mcclaw.com

Dated: November 7, 2022