IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
CIVIL DIVISION

PENNSYLVANIA STATE CONFERENCE
OF THE NAACP, *et al.*

    Plaintiffs,

    v.                               1:22-CV-00339-SPB

LEIGH M. CHAPMAN, *et al.*

    Defendants.

## **NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned counsel on behalf of Defendant, ALLEGHENY COUNTY BOARD OF ELECTIONS, in the above-captioned matter.

                                            Respectfully submitted,

                                            */s/ Virginia Spencer Scott*
                                            Virginia Spencer Scott
                                            Assistant County Solicitor
                                            Pa. I.D. #61647

                                            ALLEGHENY COUNTY LAW DEPARTMENT
                                            300 Fort Pitt Commons Building
                                            445 Fort Pitt Boulevard
                                            Pittsburgh, PA 15219
                                            (412) 350-1173

                                            vscott@alleghenycounty.us