IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
CIVIL DIVISION

PENNSYLVANIA STATE CONFERENCE
OF THE NAACP, *et al.*

      Plaintiffs,

      v.                        1:22-CV-00339-SPB

LEIGH M. CHAPMAN, *et al.*

      Defendants.

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel on behalf of Defendant,

ALLEGHENY COUNTY BOARD OF ELECTIONS, in the above-captioned matter.

Respectfully submitted,

*/s/ Frances Liebenguth*
Frances Liebenguth
Assistant County Solicitor
Pa. I.D. #314845

ALLEGHENY COUNTY LAW DEPARTMENT
300 Fort Pitt Commons Building
445 Fort Pitt Boulevard
Pittsburgh, PA 15219
(412) 350-1108

frances.liebenguth@alleghenycounty.us