IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
CIVIL DIVISION

PENNSYLVANIA STATE CONFERENCE
OF THE NAACP, *et al.*

    Plaintiffs,

    v.                  1:22-CV-00339-SPB

LEIGH M. CHAPMAN, *et al.*

    Defendants.

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel on behalf of Defendant, ALLEGHENY COUNTY BOARD OF ELECTIONS, in the above-captioned matter.

    Respectfully submitted,

    */s/ Lisa G. Michel*
    Lisa G. Michel
    Assistant County Solicitor
    Pa. I.D. #59997

    ALLEGHENY COUNTY LAW DEPARTMENT
    300 Fort Pitt Commons Building
    445 Fort Pitt Boulevard
    Pittsburgh, PA 15219
    (412) 350-1167

    lisa.michel@alleghenycounty.us