IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
CIVIL DIVISION

PENNSYLVANIA STATE CONFERENCE
OF THE NAACP, *et al.*

    Plaintiffs,

    v.                                     1:22-CV-00339-SPB

LEIGH M. CHAPMAN, *et al.*

    Defendants.

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel on behalf of Defendant, ALLEGHENY COUNTY BOARD OF ELECTIONS, in the above-captioned matter.

                                      Respectfully submitted,

                                      */s/ Allan Opsitnick*
                                      Allan Opsitnick
                                      Assistant County Solicitor
                                      Pa. I.D. #28126

                                      ALLEGHENY COUNTY LAW DEPARTMENT
                                      300 Fort Pitt Commons Building
                                      445 Fort Pitt Boulevard
                                      Pittsburgh, PA 15219
                                      (412) 350-1187

                                      allan.opsitnick@alleghenycounty.us