IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
CIVIL DIVISION

PENNSYLVANIA STATE CONFERENCE
OF THE NAACP, *et al.*

    Plaintiffs,

    v.                          1:22-CV-00339-SPB

LEIGH M. CHAPMAN, *et al.*

    Defendants.

## **NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned counsel on behalf of Defendant, ALLEGHENY COUNTY BOARD OF ELECTIONS, in the above-captioned matter.

                                          Respectfully submitted,

                                          */s/ George Janocsko*
                                          George Janocsko
                                          County Solicitor
                                          Pa. I.D. #26408

                                          ALLEGHENY COUNTY LAW DEPARTMENT
                                          300 Fort Pitt Commons Building
                                          445 Fort Pitt Boulevard
                                          Pittsburgh, PA 15219
                                          (412) 350-1132

                                          george.janocsko@alleghenycounty.us