IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Pennsylvania State Conference of the NAACP, et al. | : : | |
| Plaintiffs | : : | No. 1:22-cv-339 |
| v. | : : | |
| Leigh M. Chapman, et.al. | : | |
| Defendants | : : | (electronically filed) |

## **ENTRY OF APPEARANCE**

Please enter the appearances of Frank J. Lavery, Jr., Esquire and Andrew W. Norfleet, Esquire on behalf of Defendant, Perry County Board of Elections, only relative to the above-referenced matter.

                                                                              Respectfully submitted,

                                                                              Lavery Law

                                                                              By:  /s Frank L. Lavery, Jr.
                                                                                  Frank J. Lavery, Jr. , Esquire
                                                                                  225 Market Street, Suite 304
                                                                                  P.O. Box 1245

DATE:  November 7, 2022               Harrisburg, PA 17108-1245
                                                                                  (717) 233-6633 (telephone)
                                                                                  (717) 233-7003 (facsimile)
                                                                                  Atty No. PA42370
                                                                                  flavery@laverylaw.com
                                                                                  Attys for Defendant Perry County
                                                                                  Board of Elections, only

|  |  |
|---|---|
| | By: /s Andrew W. Norfleet |
| | Andrew W. Norfleet, Esquire |
| | 225 Market Street, Suite 304 |
| | P.O. Box 1245 |
| DATE: November 7, 2022 | Harrisburg, PA 17108-1245 |
| | (717) 233-6633 (telephone) |
| | (717) 233-7003 (facsimile) |
| | Atty No. PA83894 |
| | anorfleet@laverylaw.com |
| | Attys for Defendant Perry County |
| | Board of Elections, only |

## CERTIFICATE OF SERVICE

I, Aimee L. Paukovits, an employee with the law firm of Lavery Law, do hereby certify that on this 7th day of November, 2022, I served a true and correct copy of the foregoing Entry of Appearance via the Court's ECF System on all counsel of record:

s/ Aimee L. Paukovits
Legal Assistant to Frank J. Lavery, Jr.,
Esquire and Andrew W. Norfleet, Esquire
