IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Pennsylvania State Conference of the NAACP, et al. | : : | |
| Plaintiffs | : : | No. 1:22-cv-339 |
| v. | : : | |
| Leigh M. Chapman, et.al. | : : | |
| Defendants | : : | (electronically filed) |

## ENTRY OF APPEARANCE

Please enter the appearances of Frank J. Lavery, Jr., Esquire and Andrew W. Norfleet, Esquire on behalf of Defendant, Perry County Board of Elections, only relative to the above-referenced matter.

                        Respectfully submitted,

                        Lavery Law

                        By:  /s Frank L. Lavery, Jr.

DATE:  November 7, 2022

                            Frank J. Lavery, Jr. , Esquire
                            225 Market Street, Suite 304
                            P.O. Box 1245
                            Harrisburg, PA 17108-1245
                            (717) 233-6633 (telephone)
                            (717) 233-7003 (facsimile)
                            Atty No. PA42370
                            flavery@laverylaw.com
                            Attys for Defendant Perry County
                            Board of Elections, only

|  |  |
|---|---|
| | By: /s Andrew W. Norfleet |
| | Andrew W. Norfleet, Esquire |
| | 225 Market Street, Suite 304 |
| | P.O. Box 1245 |
| DATE: November 7, 2022 | Harrisburg, PA 17108-1245 |
| | (717) 233-6633 (telephone) |
| | (717) 233-7003 (facsimile) |
| | Atty No. PA83894 |
| | anorfleet@laverylaw.com |
| | Attys for Defendant Perry County |
| | Board of Elections, only |

## CERTIFICATE OF SERVICE

I, Aimee L. Paukovits, an employee with the law firm of Lavery Law, do hereby certify that on this 7th day of November, 2022, I served a true and correct copy of the foregoing Entry of Appearance via the Court's ECF System on all counsel of record:

s/ Aimee L. Paukovits
Legal Assistant to Frank J. Lavery, Jr.,
Esquire and Andrew W. Norfleet, Esquire
