## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LEIGH M. CHAPMAN, in her official capacity as Acting Secretary of the Commonwealth, *et al.*, <br><br> Defendants. | : <br> : <br> : CIVIL ACTION <br> : <br> : No. 1:22-cv-00339-SPB <br> : <br> : <br> : <br> : <br> : <br> : <br> : **ELECTRONICALLY FILED** <br> : |

### ENTRY OF APPEARANCE

**TO THE CLERK OF THE COURT:**

    Kindly enter my appearance as counsel on behalf of defendant Berks County Board of Elections in the above-captioned matter.

Dated: November 7, 2022              **SMITH BUKOWSKI, LLC**

                                                      By:  /s/ Jeffrey D. Bukowski
                                                             Jeffrey D. Bukowski, Esquire
                                                              PA Attorney I.D. No. 76102
                                                              **JBukowski@SmithBukowski.com**
                                                              1050 Spring Street, Suite 1
                                                              Wyomissing, PA 19610
                                                              Telephone: (610) 685-1600
                                                              Facsimile:  (610) 685-1300

                                       *Counsel for Berks County Board of Elections*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LEIGH M. CHAPMAN, in her official capacity as Acting Secretary of the Commonwealth, *et al.*, <br><br> Defendants. | : <br> : <br> : CIVIL ACTION <br> : <br> : No. 1:22-cv-00339-SPB <br> : <br> : <br> : <br> : <br> : <br> : **ELECTRONICALLY FILED** <br> : |

### CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LCvR 5.6, the undersigned hereby certifies that the foregoing document was electronically filed on the below date with the Court's CM/ECF system, which transmitted a Notice of Electronic Filing of the filed document on counsel of record and/or each party in the case who is registered as a Filing User.

Dated: November 7, 2022        **SMITH BUKOWSKI, LLC**

                    By:  /s/ Jeffrey D. Bukowski
                        Jeffrey D. Bukowski, Esquire
                        PA Attorney I.D. No. 76102
                        **JBukowski@SmithBukowski.com**
                        1050 Spring Street, Suite 1
                        Wyomissing, PA 19610

*Counsel for Berks County Board of Elections*