## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, et al, | ) |
| | ) Civil Action No. 1:22-cv-00339-SPB |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| CHAPMAN, et al, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF ENTRY OF APPEARANCE

Kindly enter the appearance of Sean R. Keegan, Esquire as counsel for Defendants, Bedford County Board of Elections, Carbon County Board of Elections, Centre County Board of Elections, Columbia County Board of Elections, Dauphin County Board of Elections, Fayette County Board of Elections, Huntingdon County Board of Elections, Indiana County Board of Elections, Jefferson County Board of Elections, Lawrence County Board of Elections, Lebanon County Board of Elections, Northumberland County Board of Elections, Snyder County Board of Elections, Venango County Board of Elections and York County Board of Elections in the above-captioned action.

Respectfully submitted,

BABST, CALLAND, CLEMENTS and
ZOMNIR, P.C.

Dated:  November 7, 2022          By: _/s/ Sean R. Keegan_
                                   Sean R. Keegan, Esquire
                                   PA ID No. 316707
                                   Two Gateway Center, 6th Floor
                                   603 Stanwix St.
                                   Pittsburgh, PA  15222
                                   (412) 394-5400
                                   skeegan@babstcalland.com

*Counsel for Defendants Bedford County Board of Elections, Carbon County Board of Elections, Centre County Board of Elections, Columbia County Board of Elections, Dauphin County Board of Elections, Fayette County Board of Elections, Huntingdon County Board of Elections, Indiana County Board of Elections, Jefferson County Board of Elections, Lawrence County Board of Elections, Lebanon County Board of Elections, Northumberland County Board of Elections, Snyder County Board of Elections, Venango County Board of Elections and York County Board of Elections*

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing has been electronically filed through the Court's

ECF system which will send notification of same to all counsel of record.

/s/Sean R. Keegan