IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, *et al.*, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | Civil Action No.: 1:22-cv-00339 |
| v. | Judge Susan P. Baxter |
| LEIGH M. CHAPMAN, *et al.*, | |
| Defendants. | |

### [PROPOSED] ORDER

AND NOW, this ____ day of November, 2022, upon consideration of the Motion to Intervene filed by David Ball, James D. Bee, Debra Biro, Jesse D. Daniel, Gwendolyn Mae DeLuca, Ross M. Farber, Lynn Marie Kalcevic, Vallerie Sicilano-Biancaniello, and S. Michael Streib, the Republican National Committee, the National Republican Congressional Committee, and the Republican Party of Pennsylvania, it is hereby ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED. The clerk is directed to file on the docket Intervenor-Defendants' Motion to Dismiss.

 

                                                                                            _____
                                                                                            Honorable Susan P. Baxter
                                                                                            United States District Judge