## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, *et al.*, | ) ) ) | |
| | ) | Civil Action No.: 1:22-cv-00339 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Judge Susan P. Baxter |
| | ) | |
| LEIGH M. CHAPMAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION FOR ADMISSION *PRO HAC VICE* OF JOHN M. GORE
### ON BEHALF OF INTERVENOR-DEFENDANTS

John M. Gore hereby moves under LCvR 83.2 and LCvR 83.3 to be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Intervenor-Defendants David Ball, James D. Bee, Debra Biro, Jesse D. Daniel, Gwendolyn Mae DeLuca, Ross M. Farber, Lynn Marie Kalcevic, Vallerie Sicilano-Biancaniello, S. Michael Streib, the Republican National Committee, National Republican Congressional Committee, and Republican Party of Pennsylvania.

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of John M. Gore filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

-2-

Respectfully submitted,

Dated:  November 7, 2022

/s/ John M. Gore
John M. Gore (*pro hac vice motion pending*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
202-879-3939
202-626-1700 (fax)
jmgore@jonesday.com


*Counsel for Intervenor-Defendants*