IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, *et al.*, | ) ) ) |
| Plaintiffs, | ) Civil Action No.: 1:22-cv-00339 ) ) |
| v. | ) Judge Susan P. Baxter ) |
| LEIGH M. CHAPMAN, *et al.*, | ) ) |
| Defendants. | ) |

### DECLARATION OF JOHN M. GORE
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, John M. Gore, make this declaration in support of the motion for admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Intervenor-Defendants David Ball, James D. Bee, Debra Biro, Jesse D. Daniel, Gwendolyn Mae DeLuca, Ross M. Farber, Lynn Marie Kalcevic, Vallerie Sicilano-Biancaniello, S. Michael Streib, the Republican National Committee, National Republican Congressional Committee, and Republican Party of Pennsylvania.

I, John M. Gore, having been do hereby state as follows:

1. I am a Partner in the law firm Jones Day.

2. My business address is 51 Louisiana Avenue, N.W., Washington, D.C. 20001-2113.

3. I am an active member in good standing of the bar of the District of Columbia (Bar # 502027) and the State Bar of Texas (Bar # 24050676).

4. I am an inactive member of the bar of the State of Florida (Bar # 84218).

5. I am a member in good standing of the bars of: the United States Supreme Court; the United States Court of Appeals for the Second Circuit; the United States Court of Appeals for the Third Circuit; the United States Court of Appeals for the Fourth Circuit; the United States Court of Appeals for the Fifth Circuit; the United States Court of Appeals for the Sixth Circuit; the United States Court of Appeals for the Seventh Circuit; the United States Court of Appeals for the Ninth Circuit; the United States Court of Appeals for the District of Columbia Circuit; the United States District Court for the District of Colorado; the United States District Court for the District of Columbia; and the United States District Court for the Western District of Texas.

6. A current certificate of good standing from the District of Columbia Bar is attached as Exhibit 1.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know, and understand the Local Rules of the Court for the United States District Court for the Western District of Pennsylvania.

I certify and attest that the foregoing statements are true. I am aware that if any of the foregoing statements are false, I am subject to punishment.

Dated: November 7, 2022                          /s/ John M. Gore
                                                 JOHN M. GORE

# Exhibit 1



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# *John Gore*

was duly qualified and admitted on December 11, 2006 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on November 07, 2022.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*