## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, COMMON CAUSE PENNSYLVANIA, BLACK POLITICAL EMPOWERMENT PROJECT, and MAKE THE ROAD PENNSYLVANIA, | ) ) ) ) ) Civ. No. 1:22-cv-339 ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| LEIGH M. CHAPMAN, in her official capacity as Acting Secretary of the Commonwealth, et al., | ) **FILED ELECTRONICALLY** ) ) ) |
| Defendants. | ) ) |

## PRAECIPE TO ISSUE SUMMONS

To the Clerk of Court: Please issue the attached summonses for the above-captioned case.

Respectfully submitted,

s/ Richard T. Ting

| | |
|---|---|
| Richard T. Ting (PA ID No. 200438) | Stephen Loney (PA ID No. 202535) |
| Witold J. Walczak (PA ID No. 62976) | AMERICAN CIVIL LIBERTIES UNION |
| AMERICAN CIVIL LIBERTIES UNION | OF PENNSYLVANIA |
| OF PENNSYLVANIA | P.O. Box 60173 |
| P.O. Box 23058 | Philadelphia, PA 19102 |
| Pittsburgh, PA 15222 | Tel: 215-592-1513 |
| Tel: 412-681-7736 | sloney@aclupa.org |
| vwalczak@aclupa.org | |
| rting@aclupa.org | |

*Counsel for Plaintiffs*