IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNYSLVANIA STATE CONFERENCE )<br>OF THE NAACP, et al, )<br>    Plaintiffs, )<br>    )<br>    v. )<br>    )<br>LEIGH CHAPMAN, )<br>Acting Secretary of the Commonwealth, et al, )<br>    Defendants. ) | Civil Action No. 1:22-CV-339 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BETTY EAKIN, et al, )<br>    Plaintiffs, )<br>    )<br>    )<br>    v. )<br>    )<br>ADAMS COUNTY BOARD OF )<br>ELECTIONS, et al, )<br>    Defendants. ) | Civil Action No. 1:22-CV-340 |

# **O R D E R**

AND NOW, this 8th day of November 2022;

IT IS HEREBY ORDERED that, in the interest of judicial economy, a joint telephonic conference will be held in the two above-captioned cases on Wednesday, November 9, 2022 at 9:30 a.m. The parties are directed to contact the Court at (888)363-4749 and use access code 7686665. The proposed Intervenors in 1:22-cv-339 will be permitted to join the conference.

IT IS FURTHER ORDERED that counsel for Plaintiffs in each case shall notify every

1

party whose appearance is not yet recorded on the docket of this Order.

*signature*
SUSAN PARADISE BAXTER
United States District Judge