**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Pennsylvania State Conference | ) | |
| of the NAACP; et al., | ) | Civil Action |
| Plaintiff, | ) | |
| | ) | No.: 1-22-cv-339 |
| v. | ) | |
| | ) | |
| Leigh M. Chapman; et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF APPEARANCE</u>**

TO THE CLERK OF THE DISTRICT COURT:

　　　Kindly enter my appearance on behalf of Defendant, Potter County Board of Elections, in the above captioned matter.

Respectfully submitted,

THOMAS R. SHAFFER, ESQ.

By:　<u>/s/Thomas R. Shaffer</u>
　　　Thomas R. Shaffer,
　　　Pa. I.D. No. 37503
　　　Solicitor for Potter
　　　County Board of Elections

　　　410 Ross Street
　　　Coudersport, PA 16915
　　　(814) 203-1678

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system, pursuant to the Federal Rules of Civil Procedure.

THOMAS R. SHAFER, ESQ.

By:   _/s /Thomas R. Shaffer_
      Thomas R. Shaffer,
      Pa. I.D. No. 37503
      Solicitor for Potter
      County Board of Elections

      410 Ross Street
      Coudersport, PA 16915
      (814) 203-1678

Dated: 11/08/2022