AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE, ET AL )<br>*Plaintiff* )<br>v. )<br>LEIGH M. CHAMPMAN, ET AL. )<br>*Defendant* ) | Case No. 1:22-cv-339 |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CLARION COUNTY BOARD OF ELECTIONS, SUSQUEHANNA COUNTY BOARD OF ELECTIONS AND TIOGA COUNTY BOARD OF ELECTIONS.

Date: 11/08/2022

*/s/ Christopher P. Furman*
*Attorney's signature*

Christopher P. Furman, PA ID 89822
*Printed name and bar number*
GABRIEL FERA, P.C.
1010 Western Avenue, Suite 200
Pittsburgh, PA 15233

*Address*

cfurman@gabrielfera.com
*E-mail address*

(412) 223-5815
*Telephone number*

(412) 774-0074
*FAX number*