AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, et al., *Plaintiff* | ) ) ) | |
| v. | ) | Case No. 1:22-cv-00339 |
| LEIGH M. CHAPMAN, et al. *Defendant* | ) ) ) | Judge Susan P. Baxter |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Leigh M. Chapman, in her official capacity as Acting Secretary of the Commonwealth of Pennsylvania

Date: 11/08/2022

/s/ Michael J. Fischer
*Attorney's signature*

Michael J. Fischer, PA 322311
*Printed name and bar number*

1600 Arch Street, Suite 300, Philadelphia, PA 19103
*Address*

mfischer@attorneygeneral.gov
*E-mail address*

215-560-2171
*Telephone number*

215-560-2494
*FAX number*