AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, et al., <br> *Plaintiff* <br> v. <br> LEIGH M. CHAPMAN, et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 1:22-cv-00339 <br> ) Judge Susan P. Baxter <br> ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Leigh M. Chapman, in her official capacity as Acting Secretary of the Commonwealth of Pennsylvania

Date: 11/08/2022

/s/ Jacob B. Boyer
*Attorney's signature*

Jacob B. Boyer, PA 324396
*Printed name and bar number*

1600 Arch Street, Suite 300, Philadelphia, PA 19103
*Address*

jboyer@attorneygeneral.gov
*E-mail address*

267-768-3968
*Telephone number*

215-560-2494
*FAX number*