IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Pennsylvania State Conference of the NAACP, et al. | : : | |
| Plaintiffs | : : | No. 1:22-cv-339 |
| v. | : : | |
| Leigh M. Chapman, et.al. | : | |
| Defendants | : : | (electronically filed) |

## ENTRY OF APPEARANCE

Please enter the appearances of Frank J. Lavery, Jr., Esquire and Andrew W. Norfleet, Esquire on behalf of Defendant, Franklin County Board of Elections relative to the above-referenced matter.

                                        Respectfully submitted,

                                        Lavery Law

                                        By:  /s Frank L. Lavery, Jr.
                                                Frank J. Lavery, Jr. , Esquire
                                                225 Market Street, Suite 304
                                                P.O. Box 1245

DATE:  November 8 2022          Harrisburg, PA 17108-1245
                                                (717) 233-6633 (telephone)
                                                (717) 233-7003 (facsimile)
                                                Atty No. PA42370
                                                flavery@laverylaw.com
                                                Attys for Defendant Perry County and Franklin County Boards of Elections, only

|  |  |
|---|---|
| | By: /s Andrew W. Norfleet |
| | Andrew W. Norfleet, Esquire |
| | 225 Market Street, Suite 304 |
| | P.O. Box 1245 |
| DATE: November 8, 2022 | Harrisburg, PA 17108-1245 |
| | (717) 233-6633 (telephone) |
| | (717) 233-7003 (facsimile) |
| | Atty No. PA83894 |
| | anorfleet@laverylaw.com |
| | Attys for Defendant Perry County and Franklin County Boards of Elections, only |

## CERTIFICATE OF SERVICE

I, Aimee L. Paukovits, an employee with the law firm of Lavery Law, do hereby certify that on this 8th day of November, 2022, I served a true and correct copy of the foregoing Entry of Appearance via the Court's ECF System on all counsel of record:

                                              s/ Aimee L. Paukovits
                                              Legal Assistant to Frank J. Lavery, Jr.,
                                              Esquire and Andrew W. Norfleet, Esquire