IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Pennsylvania State Conference of the NAACP, et al. | : : | |
| Plaintiffs | : : | No. 1:22-cv-339 |
| v. | : : | |
| Leigh M. Chapman, et.al. | : | |
| Defendants | : : | (electronically filed) |

## **ENTRY OF APPEARANCE**

Please enter the appearances of Frank J. Lavery, Jr., Esquire and Andrew W. Norfleet, Esquire on behalf of Defendant, Franklin County Board of Elections relative to the above-referenced matter.

                                        Respectfully submitted,

                                        Lavery Law

                                        By:  /s Frank L. Lavery, Jr.
                                                Frank J. Lavery, Jr. , Esquire
                                                225 Market Street, Suite 304
                                                P.O. Box 1245

DATE: November 8 2022            Harrisburg, PA 17108-1245
                                                (717) 233-6633 (telephone)
                                                (717) 233-7003 (facsimile)
                                                Atty No. PA42370
                                                flavery@laverylaw.com
                                                Attys for Defendant Perry County and Franklin County Boards of Elections, only

|  |  |
|---|---|
| DATE: November 8, 2022 | By: /s Andrew W. Norfleet<br>Andrew W. Norfleet, Esquire<br>225 Market Street, Suite 304<br>P.O. Box 1245<br>Harrisburg, PA 17108-1245<br>(717) 233-6633 (telephone)<br>(717) 233-7003 (facsimile)<br>Atty No. PA83894<br>anorfleet@laverylaw.com<br>Attys for Defendant Perry County and Franklin County Boards of Elections, only |

## CERTIFICATE OF SERVICE

    I, Aimee L. Paukovits, an employee with the law firm of Lavery Law, do hereby certify that on this 8th day of November, 2022, I served a true and correct copy of the foregoing Entry of Appearance via the Court's ECF System on all counsel of record:

                                                  s/ Aimee L. Paukovits
                                                  Legal Assistant to Frank J. Lavery, Jr.,
                                                  Esquire and Andrew W. Norfleet, Esquire