# IN THE UNITED STATED DISTRICT COURT FOR
# THE WESTERN DISTRICT OF PENNSYLVANIA

PENNSYLVANIA STATE CONFERENCE )
OF THE NAACP, LEAGUE OF WOMEN )
VOTERS OF PENNSYLVANIA, ) Civ. No. 1:22-cv-339
PHILADELPHIANS ORGANIZED TO )
WITNESS, EMPOWER AND REBUILD, )
COMMON CAUSE PENNSYLVANIA, )
BLACK POLITICAL EMPOWERMENT )
PROJECT, and MAKE THE ROAD )
PENNSYLVANIA, )
                Plaintiffs, )
  v. )
LEIGH M. CHAPMAN, in her official )
capacity as Acting Secretary of the )
Commonwealth, et al., )
                Defendants. )

## NOTICE OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of defendant Philadelphia County Board of Elections in the above-captioned matter.

Date: November 8, 2022        /s/ Zachary Strassburger

                                      Zachary Strassburger, Esq. (ID 313991)
                                      1515 Arch St, 17th Floor
                                      Philadelphia, PA 19102
                                      (215) 683-2998
                                      Email: zachary.strassburger@phila.gov
                                      *Attorney for Philadelphia County Board of Elections*