IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, COMMON CAUSE PENNSYLVANIA, BLACK POLITICAL EMPOWERMENT PROJECT, and MAKE THE ROAD PENNSYLVANIA<br><br>  Plaintiffs,<br><br>  v.<br><br>LEIGH M. CHAPMAN, in her official capacity as Acting Secretary of the Commonwealth, et al.,<br><br>  Defendants. | Civ. No. 1:22-cv-339<br><br>**FILED ELECTRONICALLY** |

## MOTION FOR ADMISSION PRO HAC VICE OF ARI J. SAVITZKY

Ari J. Savitzky, undersigned counsel for Plaintiffs Pennsylvania State Conference of the NAACP, League of Women Voters of Pennsylvania, Philadelphians Organized to Witness, Empower and Rebuild, Common Cause Pennsylvania, Black Political Empowerment Project, and Make the Road Pennsylvania, hereby moves that Ari J. Savitzky be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiffs in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Ari J. Savitzky filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

1

                                          Respectfully submitted,

Dated: November 8, 2022            s/ Ari J. Savitzky
                                          Ari J. Savitzky (NY ID No. 5060181)
                                          AMERICAN CIVIL LIBERTIES UNION
                                          FOUNDATION
                                          125 Broad Street, 18th Floor
                                          New York, NY 10004
                                          Tel.: (212) 549-2500
                                          asavitzky@aclu.org

                                          *Counsel for Plaintiffs*