IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, *et al.*, | ) ) ) ) Civil Action No.: 1:22-cv-00339 ) ) ) Judge Susan P. Baxter ) ) ) ) |
| Plaintiffs, | |
| v. | |
| LEIGH M. CHAPMAN, *et al.*, | |
| Defendants. | |

## NOTICE OF APPEARANCE OF RUSSELL D. GIANCOLA

Kindly enter the appearance of Russell D. Giancola of Gallagher Giancola LLC on behalf of Proposed Intervenors David Ball, James D. Bee, Debra Biro, Jesse D. Daniel, Gwendolyn Mae Deluca, Ross M. Farber, Lynn Marie Kalcevic, Vallerie Siciliano-Biancaniello, and S. Michael Streib, Republican National Committee, National Republican Congressional Committee, and Republican Party of Pennsylvania, in connection with the above-captioned matter.

Dated:  November 8, 2022

Respectfully submitted,

/s/ Russell D. Giancola
Russell D. Giancola
PA. I.D. #200058
GALLAGHER GIANCOLA LLC
436 Seventh Avenue, 31st Floor
Pittsburgh, PA 15219
Phone: (412) 717-1900
rdg@glawfirm.com

*Counsel for Proposed Intervenors*