IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:22-CV-339 ) |
| LEIGH M. CHAPMAN, in her official capacity as Acting Secretary of the Commonwealth, *et al.*, | ) ) ) |
| Defendant. | ) ) ) |

## ENTRY OF APPEARANCE

TO THE CLERK:

Please kindly enter the appearance of David Newmann in the above-captioned matter on as additional counsel for Plaintiffs the Pennsylvania State Conference of the NAACP, League of Women Voters of Pennsylvania, Philadelphians Organized to Witness, Empower and Rebuild, Common Cause Pennsylvania, Black Political Empowerment Project, and Make the Road Pennsylvania.

Dated: November 9, 2022

Respectfully submitted,

*/s/ David Newmann*

David Newmann (Pa. No. 82401)
david.newmann@hoganlovells.com
HOGAN LOVELLS US LLP
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
(267) 675-4600
(267) 675-4601 (fax)
Email: David.Newmann@hoganlovells.com

Counsel for Plaintiffs