## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record on this 9th day of November, 2022.

David Newmann (Pa. No. 82401)
david.newmann@hoganlovells.com
HOGAN LOVELLS US LLP
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
Email: David.Newmann@hoganlovells.com
(267) 675-4600
(267) 675-4601 (fax)

Counsel for Plaintiffs