IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, ET. AL. | ) ) ) |
| Plaintiffs | ) ) Civil Action No. 1:22-CV-339 |
| v. | ) ) ) |
| LEIGH M. CHAPMAN, ET. AL. | ) ) |
| Defendants | ) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF JESSICA L. VANDERKAM**

Jessica L. VanderKam, Esquire, undersigned counsel for Defendant, Bucks County Board of Elections, hereby moves that Jessica L. VanderKam, Esquire be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant Bucks County Board of Elections in the above-captioned matter pursuant to LCvR 83.2, LCvR83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Jessica L. VanderKam, Esquire filed herewith, which it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

STUCKERT AND YATES

Date: November 9, 2022     By: *Jessica VanderKam*
Jessica L. VanderKam, Esquire
Attorney I.D. 208337
*Counsel for Defendant Bucks County Board of Elections*
2 North State Street, P.O. Box 70
Newtown, PA 18940
215.968.4700
jvanderkam@stuckertyates.com