IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE )<br>OF THE NAACP, ET. AL. )<br> )<br>     **Plaintiffs** )<br> )<br>**v.** )<br> )<br>LEIGH M. CHAPMAN, ET. AL. )<br> )<br>     **Defendants** ) | Civil Action No. 1:22-CV-339 |

### AFFIDAVIT OF JESSICA L. VANDERKAM IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Jessica L. VanderKam, Esquire, being duly sworn, do hereby depose and make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant Bucks County Board of Elections in the above-captioned matter puruantn to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151):

    1.    I am a partner of the law firm of Stuckert and Yates.

    2.    My business address is 2 North State Street, P.O. Box 70, Newtown, PA 18940.

    3.    I am a member in good standing of the Pennsylvania Bar, U.S. Supreme Court, Third Circuit Court of Appeals, and U.S. District Court of the Eastern District of Pennsylvania.

    4.    My Pennsylvania bar identification number is 208337.

    5.    A current certificate of good standing from the Pennsylvania Supreme Court is attached to this Affidavit as Exhibit A.

6. I have never been suspended, disbarred, or disciplined in any jurisdiction in which I have been admitted and am not currently subject to any disciplinary proceedings.

7. I attest that am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9. Based on the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

STUCKERT AND YATES

Date: November 9, 2022            By: _____
Jessica L. VanderKam, Esquire
Attorney I.D. 208337
*Counsel for Defendant Bucks County Board of Elections*
2 North State Street, P.O. Box 70
Newtown, PA 18940
215.968.4700
jvanderkam@stuckertyates.com

# EXHIBIT A



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Jessica L. VanderKam, Esq.*

**DATE OF ADMISSION**

*January 12, 2009*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: November 8, 2022

Elizabeth E. Zisk
Chief Clerk