IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENNYSLVANIA STATE CONFERENCE ) <br> OF THE NAACP, et al, ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LEIGH CHAPMAN, ) <br> Acting Secretary of the Commonwealth, et al, ) <br>     Defendants. ) | | Civil Action No. 1:22-CV-339 |

**************************************************************

| | | |
|---|---|---|
| BETTY EAKIN, et al, ) <br>     Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) <br> ADAMS COUNTY BOARD OF ) <br> ELECTIONS, et al, ) <br>     Defendants. ) | | Civil Action No. 1:22-CV-340 |

# ORDER

AND NOW, this 9th day of November 2022;

IT IS HEREBY ORDERED that responsive pleadings are due in accordance with the requirements of Federal Rule of Civil Procedure 12.

IT IS FURTHER ORDERED that opposition to the motion to intervene shall be due by close of business November 10, 2022 and any reply thereto shall be due by noon on November 11, 2022.

*/s/ Susan Paradise Baxter*
SUSAN PARADISE BAXTER
United States District Judge

1