**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

PENNSYLVANIA STATE CONFERENCE OF    CIVIL DIVISION
THE NAACP, et al.,

                                                   No. 1:22-CV-339

          Plaintiffs,

vs.

LEIGH M. CHAPMAN, et al.,

          Defendants.

## NOTICE OF APPEARANCE

TO:  CLERK OF THE DISTRICT COURT FOR THE WESTERN
       DISTRICT OF PENNSYLVANIA

      Kindly enter my appearance on behalf of Defendant, Washington County Board of Elections, relative to the above-captioned matter.

Dated: November 9, 2022            */s/ Lauren L. Mathews*
                                               Lauren L. Mathews, Esq.
                                               PA I.D. No. 322469
                                               412.904.7721
                                               llmathews@vorys.com

                                               *Attorney for Defendant,*
                                               *Washington County Board of Elections*

                                               Vorys, Sater, Seymour and Pease LLP
                                               500 Grant St., Ste. 4900
                                               Pittsburgh, PA  15219

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LCvR 5.6, the undersigned hereby certifies that the foregoing document was electronically filed on the below date with the Court's CM/ECF system, which transmitted a Notice of Electronic Filing of the filed document on counsel of record and/or each party in the case who is registered as a Filing User.

Dated:  November 9, 2022

                                        **Vorys Sater Seymour and Pease LLP**

By:   */s/ Lauren L. Mathews*
       Lauren L. Mathews, Esquire

*Counsel for Washington County Board of Elections*

43614724