## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, et al., | CIVIL DIVISION |
| Plaintiffs, | No. 1:22-CV-339 |
| vs. | |
| LEIGH M. CHAPMAN, et al., | |
| Defendants. | |

### NOTICE OF APPEARANCE

TO:  CLERK OF THE DISTRICT COURT FOR THE WESTERN
       DISTRICT OF PENNSYLVANIA

     Kindly enter my appearance on behalf of Defendant, Washington County Board of Elections, relative to the above-captioned matter.

Dated:  November 9, 2022

*/s/ Jana Phillis Grimm*
Jana Phillis Grimm, Esq.
PA I.D. No. 51227
jpgrimm@vorys.com

*Attorney for Defendant,*
*Washington County Board of Elections*

Vorys, Sater, Seymour and Pease LLP
500 Grant St., Ste. 4900
Pittsburgh, PA  15219
412.904.7721

43614547

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LCvR 5.6, the undersigned hereby certifies that the foregoing document was electronically filed on the below date with the Court's CM/ECF system, which transmitted a Notice of Electronic Filing of the filed document on counsel of record and/or each party in the case who is registered as a Filing User.

Dated: November 9, 2022

                                                   **Vorys Sater Seymour and Pease LLP**

By:    */s/ Jana Phillis Grimm*
          Jana Phillis Grimm, Esquire

          *Counsel for Washington County Board of Elections*

43614547