IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, COMMON CAUSE PENNSYLVANIA, BLACK POLITICAL EMPOWERMENT PROJECT, and MAKE THE ROAD PENNSYLVANIA,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>LEIGH M. CHAPMAN, in her official capacity as Acting Secretary of the Commonwealth, et al.,<br><br>　　　　　　Defendants. | Civ. No. 1:22-cv-339<br><br>**FILED ELECTRONICALLY** |

## SECOND PRAECIPE TO ISSUE SUMMONS

To the Clerk of Court: Please issue the attached summons for the above-captioned case.

Respectfully submitted,

s/ Richard T. Ting
Richard T. Ting (PA ID No. 200438)
Witold J. Walczak (PA ID No. 62976)
AMERICAN CIVIL LIBERTIES UNION
OF PENNSYLVANIA
P.O. Box 23058
Pittsburgh, PA 15222
Tel: 412-681-7736
vwalczak@aclupa.org
rting@aclupa.org

Stephen Loney (PA ID No. 202535)
AMERICAN CIVIL LIBERTIES UNION
OF PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
Tel: 215-592-1513
sloney@aclupa.org

*Counsel for Plaintiffs*