IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PENNSYLVANIA STATE CONFERENCE :
OF THE NAACP, et al, :
    Plaintiffs : Civil Action No. 1:22-CV-339
 : 
vs. :
 :
LEIGH CHAPMAN, :
Acting Secretary of the Commonwealth, et al, :
    Defendants :

## APPEARANCE

Please enter my appearance on behalf of the Defendant, Erie County Board of Elections.

Respectfully submitted,

TALARICO & ASSOCIATES

By _____
Thomas S. Talarico, Esquire
Pa. I.D. No. 36256
230 West 6th Street, Suite 202
Erie, PA 16507
(814)459-4472

Date: November 9, 2022