IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP., et al., | : : : | |
| Plaintiffs, | : : | NO. 1:22-cv-00339-SPB |
| v. | : : | |
| LEIGH M. CHAPMAN, et al., | : : | |
| Defendants. | : | |

# ORDER

AND NOW, this _____ day of _____, 2022, it is hereby **ORDERED** and **DECREED** that John B. Hill, Esquire, is admitted *pro hac vice* to the United States District Court for the Western District of Pennsylvania, in the above-captioned matter only.

**BY THE COURT:**

_____ J.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP., et al., | : |
| Plaintiffs, | : NO. 1:22-cv-00339-SPB |
| v. | : |
| LEIGH M. CHAPMAN, et al., | : |
| Defendants. | : |

**MOTION FOR ADMISSION *PRO HAC VICE*__**

John B. Hill, undersigned counsel for Defendant Leigh M. Chapman in her official capacity as Acting Secretary of the Commonwealth, hereby moves that John B. Hill be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant Leigh M. Chapman in her official capacity as Acting Secretary of the Commonwealth, pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit of John B. Hill in Support of Motion for Admission *Pro Hac Vice* filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated: November 9, 2022

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

By: */s/* John B. Hill
John B. Hill
(Pa. I.D. No. 328340)
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone: (215) 568-6200
Email: jhill@hangley.com
*Counsel for Defendant Leigh M. Chapman
in her official capacity as Acting Secretary of the
Commonwealth*

# Exhibit A



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*John Brent Hill, Esq.*

DATE OF ADMISSION

July 21, 2020

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: September 21, 2022

Patricia A. Johnson
Chief Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP., et al., | : : : | |
| Plaintiffs, | : : | NO. 1:22-cv-00339-SPB |
| v. | : : | |
| LEIGH M. CHAPMAN, et al., | : : | |
| Defendants. | : | |

**AFFIDAVIT OF JOHN B. HILL IN SUPPORT OF
<u>MOTION FOR ADMISSION *PRO HAC VICE*</u>**

I, John B. Hill, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant Leigh M. Chapman in her official capacity as Acting Secretary of the Commonwealth, pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, John B. Hill, being duly sworn, do hereby depose and say as follows:

1. I am an associate of the law firm of Hangley Aronchick Segal Pudlin & Schiller.

2. My business address is One Logan Square, 18th & Cherry Streets, 27th Floor, Philadelphia, Pennsylvania 19103.

3. My Pennsylvania bar identification number is 328340; my New York bar identification number is 5505508.

4. I am a member in good standing of the bars of: (1) the Commonwealth of Pennsylvania, (2) the State of New York, (3) the Eastern District of Pennsylvania,

(4) the Middle District of Pennsylvania, and (5) the Seventh Circuit Court of Appeals.

5. A current certificate of good standing from the Supreme Court of Pennsylvania is attached to this Affidavit as Exhibit A.

6. There are no disciplinary proceedings pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania

9. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to the punishment.

Dated: November 9, 2022    /s/ John B. Hill
                           John B. Hill

2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP., et al., | : : : | |
| Plaintiffs, | : : | NO. 1:22-cv-00339-SPB |
| v. | : : | |
| LEIGH M. CHAPMAN, et al., | : : | |
| Defendants. | : : | |

## CERTIFICATE OF SERVICE

    I, John B. Hill, certify that on November 9, 2022, a true and correct copy of the motion for Admission *Pro Hac Vice* was filed electronically and it is available for viewing and downloading from the ECF system.

*/s/* John B. Hill
John B. Hill
