IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> LEIGH M. CHAPMAN, in her official capacity as Acting Secretary of the Commonwealth, et al., <br><br> *Defendants*. | Civ. No. 1:22-cv-00339-SPB |

## ERRATA

Plaintiffs the Pennsylvania State Conference of the NAACP, League of Women Voters of Pennsylvania, Philadelphians Organized to Witness, Empower and Rebuild, Common Cause Pennsylvania, Black Political Empowerment Project, and Make the Road Pennsylvania, by and through their undersigned counsel, hereby submit this Errata to correct the caption in the attached Waivers of Service, which were previously filed as to the following Defendants: (A) Blair County Board of Elections (Dkt. 12); (B) Clinton County Board of Elections (Dkt. 13); (C) Elk County Board of Elections (Dkt. 14); (D) Montgomery County Board of Elections (Dkt. 18); (E) Bucks County Board of Elections (Dkt. 20); (F) Potter County Board of Elections (Dkt. 21); (G) Erie County Board of Elections (Dkt. 31); (H) Union County Board of Elections (Dkt. 32); and (I) Adams County Board of Elections (Dkt. 33).

Dated: November 9, 2022            Respectfully submitted,

| | |
|---|---|
| Ari J. Savitzky* | /s/ Stephen A. Loney, Jr. |
| Megan C. Keenan* | Witold J. Walczak (PA 62976) |
| Sophia Lin Lakin* | Richard T. Ting (PA 200438) |
| Adriel I. Cepeda Derieux* | AMERICAN CIVIL LIBERTIES UNION OF |
| AMERICAN CIVIL LIBERTIES UNION | PENNSYLVANIA |
| FOUNDATION | P.O. Box 23058 |
| 125 Broad Street, 18th Floor | Pittsburgh, PA 15222 |
| New York, NY 10004 | Tel: (412) 681-7736 |
| Tel.: (212) 549-2500 | vwalczak@aclupa.org |
| asavitzky@aclu.org | rting@aclupa.org |
| mkeenan@aclu.org | |
| slakin@aclu.org | Marian K. Schneider (PA. 50337) |
| acepedaderieux@aclu.org | Stephen Loney (PA 202535) |
| | AMERICAN CIVIL LIBERTIES UNION OF |
| * *Pro hac vice* | PENNSYLVANIA |
| | P.O. Box 60173 |
| | Philadelphia, PA 19102 |
| | mschneider@aclupa.org |
| | sloney@aclupa.org |

*Counsel for the Pennsylvania State Conference of the NAACP, League of Women Voters of Pennsylvania, Philadelphians Organized to Witness, Empower and Rebuild, Common Cause Pennsylvania, Black Political Empowerment Project, and Make the Road Pennsylvania*