UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, *et al.* : : : Plaintiffs, : v. : : LEIGH CHAPMAN, *et al.*, : : Defendants. : | CIVIL ACTION No. 1:22-cv-00339-SPB **ELECTRONICALLY FILED** |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter my appearance on behalf of defendant Chester County Board of Elections in the above-captioned matter.

Dated: November 9, 2022            Respectfully submitted,

                                              **COUNTY OF CHESTER**

                                              By:   */s/ Faith Mattox-Baldini*
                                                        Faith Mattox-Baldini
                                                        Attorney I.D. No. 323868
                                                        313 W. Market Street, Suite 6702
                                                        West Chester PA 19380
                                                        610-344-6195
                                                        *Counsel for Chester County Board of Elections*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, *et al.* | : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : | No. 1:22-cv-00339-SPB |
| LEIGH CHAPMAN, *et al.*, | : : | ELECTRONICALLY FILED |
| Defendants. | : : | |

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LCvR 5.6, the undersigned hereby certifies that the foregoing document was electronically filed on the below date with the Court's CM/ECF system, which transmitted a Notice of Electronic Filing of the filed document on counsel of record and/or each party in the case who is registered as a Filing User.

Dated: November 9, 2022                    COUNTY OF CHESTER

By: ___Faith Baldini___
Faith Mattox-Baldini
Attorney I.D. No. 323868
313 W. Market Street, Suite 6702
West Chester PA 19380
610-344-6195
*Counsel for Chester County Board of Elections*