IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, et al., | : <br> : <br> : Civil Action No.: 1:22-CV-339 |
| Plaintiffs, | : |
| v. | : |
| LEIGH M. CHAPMAN, Acting Secretary of the Commonwealth, et al., | : |
| Defendants. | : |

## NOTICE OF ENTRY OF APPEARANCE

Kindly enter the appearance of Nathan W. Karn, Esquire, Blair County Solicitor, as counsel for Defendant, Blair County Board of Elections, in the above-captioned action.

Respectfully submitted,

COUNTY OF BLAIR

Date: November 10, 2022

*/s/ Nathan W. Karn*
Nathan W. Karn
PA I.D. No. 86068
PACER: nkarn@eveyblack.com
COMMUNICATION: nkarn@blairco.org
401 Allegheny Street
PO Box 415
Hollidaysburg, PA  16648
814-695-7581

Counsel for Defendant,
Blair County Board of Elections

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Entry of Appearance was filed electronically and served via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

/s/ Nathan W. Karn