IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP., et al., | : : : | |
| Plaintiffs, | : : | NO. 1:22-cv-00339-SPB |
| v. | : : | |
| LEIGH M. CHAPMAN, et al., | : : | |
| Defendants. | : | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Robert A. Wiygul, undersigned counsel for Defendant Leigh M. Chapman in her official capacity as Acting Secretary of the Commonwealth, hereby moves that Robert A. Wiygul be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant Leigh M. Chapman in her official capacity as Acting Secretary of the Commonwealth, pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit of Robert A. Wiygul in Support of Motion for Admission *Pro Hac Vice* filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated:  November 10, 2022

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

By:   /s/ Robert A. Wiygul
Robert A. Wiygul (Pa. I.D. No. 310760)
One Logan Square, 27th Floor
Philadelphia, PA  19103-6933
T: 215 568-6200
F: 215 568-0300
E: rwiygul@hangley.com

*Counsel for Defendant Leigh M. Chapman in her official capacity as Acting Secretary of the Commonwealth*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP., et al., : | |
| : | |
| Plaintiffs, : | NO. 1:22-cv-00339-SPB |
| v. : | |
| LEIGH M. CHAPMAN, et al., : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I, Robert A. Wiygul, certify that on November 10, 2022, a true and correct copy of the motion for Admission *Pro Hac Vice* was filed electronically and is available for viewing and downloading from the ECF system.

*/s/ Robert A. Wiygul*
Robert A. Wiygul