IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP., et al., : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> LEIGH M. CHAPMAN, et al., : <br> : <br> Defendants. : | NO. 1:22-cv-00339-SPB |

## ORDER

AND NOW, this _____ day of _____, 2022, it is hereby **ORDERED** and **DECREED** that Robert A. Wiygul, Esquire, is admitted *pro hac vice* to the United States District Court for the Western District of Pennsylvania, in the above-captioned matter only.

**BY THE COURT:**

_____ J.