# EXHIBIT A



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Robert Andrew Wiygul, Esq.*

DATE OF ADMISSION

*April 18, 2011*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: November 10, 2022

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk