IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, et al. | : <br> : <br> : |
| Plaintiffs | : <br> : CASE NO: 1:22-cv-00339 |
| v. | : <br> : |
| CHAPMAN, et al. | : <br> : |
| Defendants | : <br> : |

**ENTRY OF APPEARANCE**

 Please enter the appearance of J. Manly Parks on behalf of the Delaware County Board of Elections in the above-captioned matter.


Dated: November 10, 2022        Respectfully submitted,

                    */s/ J. Manly Parks*
                    J. Manly Parks (74647)
                    30 South 17th Street
                    Philadelphia, PA 19103
                    Tel.: (215) 979-1000
                    JMParks@duanemorris.com
                    NMCentrella@duanemorris.com