IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PENNSYLVANIA STATE CONFERENCE OF THE NAACP., et al.,

   *Plaintiffs*,

   v.

LEIGH M. CHAPMAN, et al,

   *Defendants*.

No. 1:22-cv-00339-SPB

**ORDER**

  AND NOW, this _____ day of _____, 2022, it is here **ORDERED** and **DECREED** that Aimee D. Thomson is admitted *pro hac vice* to the United States District Court for the Western District of Pennsylvania, in the above-captioned matter only.

**BY THE COURT:**

_____
                J.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> LEIGH M. CHAPMAN, et al, <br><br> *Defendants*. | No. 1:22-cv-00339-SPB |

## MOTION FOR ADMISSION PRO HAC VICE

Aimee D. Thomson, undersigned counsel for Defendant Philadelphia County Board of Elections, hereby moves that Aimee D. Thomson be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant Philadelphia County Board of Elections in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Aimee D. Thomson filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: November 10, 2022 | */s/ Aimee D. Thomson* <br> Aimee D. Thomson <br> Attorney ID No. 326328 <br> Deputy City Solicitor <br> City of Philadelphia Law Department <br> 1515 Arch Street, 15th Floor <br> Philadelphia, PA  19102 |

Aimee.Thomson@phila.gov
(215) 683-5439

*Counsel for Defendant Philadelphia County Board of Elections*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>LEIGH M. CHAPMAN, et al,<br><br>*Defendants*. | No. 1:22-cv-00339-SPB |

**AFFIDAVIT OF AIMEE D. THOMSON IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

I, Aimee D. Thomson, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant Philadelphia County Board of Elections, pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Aimee D. Thomson, being duly sworn, do hereby depose and say as follows:

1. I am a Deputy City Solicitor of the City of Philadelphia Law Department.

2. My business address is 1515 Arch Street, 15th Floor, Philadelphia, PA 19102.

3. My Pennsylvania bar identification number is 326328, my New York bar identification number is 5404348, and my District of Columbia bar number is 1045758.

4. I am a member in good standing of the bars of: (1) the Commonwealth of Pennsylvania, (2) the State of New York, (3) the District of Columbia, (4) the U.S. Supreme Court, (5) the U.S. Court of Appeals for the Second Circuit, (6) the U.S. Court of Appeals for the Third Circuit, (7) the U.S. Court of Appeals for the Fourth Circuit, (8) the U.S. Court of Appeals for the D.C. Circuit, (9) the U.S. Court of Appeals for the Ninth Circuit, (10) the

Eastern District of Pennsylvania, (11) the Middle District of Pennsylvania, (12) the Southern District of New York, and (13) the Eastern District of New York.

5.  A current certificate of standing from the Supreme Court of Pennsylvania is attached to this Affidavit as Exhibit A.

6.  There are no disciplinary proceedings pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

7.  I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8.  I attest that I have read, know, and understand the Local Rules for Court for the United States District Court for the Western District of Pennsylvania.

9.  Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to the punishment.

Dated: November 10, 2022              */s/ Aimee D. Thomson*
                                      Aimee D. Thomson

# EXHIBIT "A"



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Aimee Diane Thomson, Esq.

**DATE OF ADMISSION**

*October 25, 2018*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: November 10, 2022

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP., et al., *Plaintiffs*, v. LEIGH M. CHAPMAN, et al, *Defendants*. | No. 1:22-cv-00339-SPB |

## CERTIFICATE OF SERVICE

I, Aimee D. Thomson, certify that on November 10, 2022, a true and correct copy of the Motion for Admission *Pro Hac Vice* was filed electronically and it is available for viewing and downloading from the ECF system.

Dated: November 10, 2022         */s/ Aimee D. Thomson*
                                                   Aimee D. Thomson