IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, et al., | : : : | |
| Plaintiffs, | : : | Civil Action No. 1:22-CV-339 |
| v. | : : | |
| LEIGH CHAPMAN, Acting Secretary of the Commonwealth, et al., | : : : | |
| Defendants. | : | |
| BETTY EAKIN, et al., | : : | |
| Plaintiffs, | : : : | Civil Action No. 1:22-CV-340 |
| v. | : : | |
| ADAMS COUNTY BOARD OF ELECTIONS, et al., | : : : | |
| Defendants. | : | |

## APPEARANCE OF COUNSEL

TO:   The Clerk of Court and All Parties of Record:

I am admitted or otherwise to practice in this Court, and I appear in this case as counsel for Lancaster County Board of Elections.

Date: November 11, 2022

/s/James J. Fitzpatrick
James J. Fitzpatrick, III, Esq.
Attorney I.D. 302497
353 W. Lancaster Avenue
Suite 300
Wayne, PA 19087
james@zimolonglaw.com
(215) 665-0842