## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**PENNSYLVANIA STATE CONFERENCE OF THE NAACP, et al.**
    **Plaintiff,**

v.

**LEIGH M. CHAPMAN, et al.**

    **Defendants.**

Case No. 1:22-cv-00339

### MOTION FOR ADMISSION PRO HACE VICE OF ILANA H. EISENSTEIN

    Ilana H. Eisenstein, undersigned counsel for Defendant Philadelphia County Board of Elections, hereby moves that Ilana H. Eisenstein be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant Philadelphia County Board of Elections in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

    In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Ilana H. Eisenstein filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

2

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: November 14, 2022 | /s/ Ilana H. Eisenstein  <br>Ilana H. Eisenstein (PA ID NO. 94907)<br>DLA Piper LLP (US)<br>1650 Market St., Ste. 5000<br>Philadelphia, PA 19103<br>Tel.: 215.656.3351<br>Ilana.Eisenstein@us.dlapiper.com<br><br>*Counsel for Defendant Philadelphia County Board of Elections* |