IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PENNSYLVANIA STATE CONFERENCE OF THE NAACP, et al.**<br>    Plaintiff,<br><br>v.<br><br>**LEIGH M. CHAPMAN, et al.**<br><br>    Defendants. | Case No. 1:22-cv-00339 |

### AFFIDAVIT OF ILANA H. EISENTEIN IN
### SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Ilana H. Eisenstein, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant Philadelphia County Board of Elections in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Ilana H. Eisenstein, being duly sworn, do hereby depose and say as follows:

1. I am a Partner of the law firm DLA Piper LLP (US).

2. My business address is 1650 Market St., Ste. 5000, Philadelphia, PA 19103.

3. I am a member in good standing of the bars of the: Commonwealth of Pennsylvania, United States Supreme Court, U.S. Court of Appeals for the First Circuit, U.S. Court of Appeals for the Second Circuit, U.S. Court of Appeals for the Third Circuit, U.S. Court of Appeals for the Fourth Circuit, U.S. Court of Appeals for the Fifth Circuit, U.S. Court of Appeals for the Sixth Circuit, U.S. Court of Appeals for the Seventh Circuit, U.S. Court of Appeals for the Eighth Circuit, U.S. Court of Appeals for the Ninth Circuit, U.S. Court of Appeals for the

Tenth Circuit, U.S. Court of Appeals for the Eleventh Circuit, U.S. Court of Appeals for the D.C. Circuit, U.S. Court of Appeals for the Federal Circuit, and U.S. District Court of the Eastern District of Pennsylvania.

4. My bar identification number is PA-94907.

5. A current certificate of good standing from Pennsylvania is attached to this Affidavit as Exhibit 1.

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Respectfully submitted,

Dated: November 14, 2022

/s/ *Ilana H. Eisenstein*
Ilana H. Eisenstein (PA ID NO. 94907)
DLA Piper LLP (US)
1650 Market St., Ste. 5000
Philadelphia, PA 19103
Tel.: 215.656.3351
Ilana.Eisenstein@us.dlapiper.com

*Counsel for Defendant Philadelphia County Board of Elections*

# EXHIBIT 1



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Ilana H. Eisenstein, Esq.

**DATE OF ADMISSION**

*June 13, 2005*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  June 23, 2022

Nicole Traini
Chief Clerk