IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PENNSYLVANIA STATE CONFERENCE OF THE NAACP, et al.**<br>    Plaintiff,<br><br>v.<br><br>**LEIGH M. CHAPMAN, et al.**<br><br>    Defendants. | Case No. 1:22-cv-00339 |

### [PROPOSED] ORDER

Now, this _____ day of November, 2022, upon consideration of the Motion to permit Ilana H. Eisenstein to be admitted and take part in this case as counsel *pro hac vice* to Defendant Philadelphia County Board of Elections, and it appearing that Ilana H. Eisenstein is a duly admitted member of the bar in good standing, IT IS HEREBY ORDERED that Ilana H. Eisenstein be admitted to the bar of this Court *pro hac vice* for the purpose of all matters concerning this case.

_____
Honorable Susan P. Baxter
United States District Judge