IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Pennsylvania State Conference of the NAACP, et al., | : : | |
| Plaintiffs, | : : | No. 1:22-cv-00339-SPB |
| vs. | : : | |
| Leigh M. Chapman, et al., | : : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

Please enter the appearance of Michael P. Barbera, Esq., on behalf of Defendant Somerset County Board of Elections relative to the above-referenced matter.

Respectfully submitted,

BARBERA, MELVIN & SVONAVEC, LLP

Date: November 14, 2022

By: __/s/ Michael P. Barbera_____
Michael P. Barbera, Esq.
Court Adm. Cert. No.: 312378

146 West Main Street
P.O. Box 775
Somerset, Pennsylvania  15501-0775
Tel:  (814) 443-4681

Solicitor for Defendant Somerset County
Board of Elections

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

BARBERA, MELVIN & SVONAVEC, LLP

Date: November 14, 2022

By: /s/ Michael P. Barbera
Michael P. Barbera, Esq.
Court Adm. Cert. No.: 312378

146 West Main Street
P.O. Box 775
Somerset, Pennsylvania 15501-0775
Tel: (814) 443-4681

Solicitor for Defendant Somerset County Board of Elections