IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> LEIGH M. CHAPMAN, in her official capacity as Acting Secretary of the Commonwealth, et al., <br><br> *Defendants*. | Civ. No. 1:22-cv-00339-SPB |

### ERRATA

Plaintiffs the Pennsylvania State Conference of the NAACP, League of Women Voters of Pennsylvania, Philadelphians Organized to Witness, Empower and Rebuild, Common Cause Pennsylvania, Black Political Empowerment Project, and Make the Road Pennsylvania, by and through their undersigned counsel, hereby submit this Errata to correct the caption in the attached Waivers of Service, which were previously filed as to the following Defendants: (A) Mercer County Board of Elections (Dkt. 17); and (B) Warren County Board of Elections (Dkt. 34).

Dated: November 14, 2022                          Respectfully submitted,

| | |
|---|---|
| Ari J. Savitzky* | /s/ Stephen A. Loney, Jr. |
| Megan C. Keenan* | Witold J. Walczak (PA 62976) |
| Sophia Lin Lakin* | Richard T. Ting (PA 200438) |
| Adriel I. Cepeda Derieux* | AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | P.O. Box 23058 |
| 125 Broad Street, 18th Floor | Pittsburgh, PA 15222 |
| New York, NY 10004 | Tel: (412) 681-7736 |
| Tel.: (212) 549-2500 | vwalczak@aclupa.org |
| asavitzky@aclu.org | rting@aclupa.org |
| mkeenan@aclu.org | |
| slakin@aclu.org | Marian K. Schneider (PA. 50337) |
| acepedaderieux@aclu.org | Stephen Loney (PA 202535) |
| | AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA |
| * *Pro hac vice* | P.O. Box 60173 |
| | Philadelphia, PA 19102 |
| | mschneider@aclupa.org |
| | sloney@aclupa.org |

*Counsel for the Pennsylvania State Conference of the NAACP, League of Women Voters of Pennsylvania, Philadelphians Organized to Witness, Empower and Rebuild, Common Cause Pennsylvania, Black Political Empowerment Project, and Make the Road Pennsylvania*