IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PENNSYLVANIA STATE CONFERENCE OF THE NAACP, et al.**<br>    **Plaintiff,**<br><br>v.<br><br>**LEIGH M. CHAPMAN, et al.**<br><br>    **Defendants.** | Case No. 1:22-cv-00339 |

## MOTION FOR ADMISSION PRO HACE VICE OF BRIAN H. BENJET

Brian H. Benjet, undersigned counsel for Defendant Philadelphia County Board of Elections, hereby moves that Brian H. Benjet be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant Philadelphia County Board of Elections in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Brian H. Benjet filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

2

Dated: November 14, 2022

Respectfully submitted,

*/s/ Brian H. Benjet*
Brian H. Benjet (PA ID NO. 205392)
DLA Piper LLP (US)
1650 Market St., Ste. 5000
Philadelphia, PA 19103
Tel.: 215.656.3311
Brian.Benjet@us.dlapiper.com

*Counsel for Defendant Philadelphia County Board of Elections*