| | | |
|---|---|---|
| COMMISSIONERS<br><br>THOMAS C. CHERNISKY<br>PRESIDENT<br><br>WILLIAM J. SMITH<br><br>SCOTT W. HUNT | **County of Cambria** | WILLIAM GLEASON BARBIN<br>SOLICITOR<br><br>MICHAEL GELLES, IV<br>CHIEF CLERK |

## Office of County Commissioners
200 South Center Street
Ebensburg, PA 15931
(814) 472-1600

November 22, 2022

Office of the Clerk of Court
United States District Court
Western District of Pennsylvania

    Re:    Pennsylvania State Conference of the NAACP, et al., vs.
               Leigh M. Chapman, et al.
               Civil Action No. 1:22-CV-339

Dear Sir or Madam:

    Please be advised that Cambria County Board of Elections does not plan to file a response to the Complaint filed in the above-referenced action. Rather, it will rely on the responses of others.

    Thank you.

Very truly yours,

William Gleason Barbin, Esquire
Cambria County Solicitor

WGB/mak

    cc via email:    Witold J. Walczak, Esquire
                          Richard T. Ting, Esquire
                          Marian K. Schneider, Esquire
                          Stephen Loney, Esquire
                          Ari J. Savitzky, Esquire
                          Megan C. Keenan, Esquire
                          Sophia Lin Lakin, Esquire
                          Adriel I. Cepeda Derieux, Esquire