IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENNYSLVANIA STATE CONFERENCE OF THE NAACP, et al, <br> Plaintiffs, <br> v. <br> LEIGH CHAPMAN, <br> Acting Secretary of the Commonwealth, et al, <br> Defendants. | ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:22-CV-339 |

# O R D E R

AND NOW, this 28th day of November 2022;

IT IS HEREBY ORDERED that Plaintiffs' Motion for Scheduling Conference [ECF No. 115] is granted. As all parties will have entered their appearance by January 4, 2023, a video conference will be held on January 9, 2023. The particulars of that conference will be set by separate order.

IT IS FURTHER ORDERED Plaintiffs' amended complaint shall be filed by November 30, 2022.

IT IS FURTHER ORDERED that discovery in this matter is not stayed and may commence immediately.

*[signature: Susan Paradise Baxter]*

SUSAN PARADISE BAXTER
United States District Judge

1