# Exhibit A

## DECLARATION OF JEAN TERRIZZI

Pursuant to 28 U.S.C. § 1746, I, Jean Terrizzi, hereby declare as follows:

1. I have personal knowledge of the matters in this declaration and this is what I would testify to if called as a witness in Court.

2. I am over eighteen years of age and am otherwise competent.

3. I am 95 years old.

4. I have lived on the same block in Philadelphia for my entire life, and I am still here.

5. I formerly held a government job at the Philadelphia Navy Yard working for the Naval Air Station during World War II. I worked there for about six years until I had my first child. I am now a proud mother to four children, grandmother to nine grandchildren, and great-grandmother to twelve great-grandchildren.

6. I am a registered voter in Philadelphia. Ever since I was able to register to vote, I have been regularly voting in Philadelphia for decades. I always try to vote in just about every election.

7. I started voting by mail about four years ago as my mobility became more limited, including during the COVID-19 pandemic.

8. Voting is important to me because I have a family growing up here. I have children, grandchildren, and great-grandchildren, all of whom are still right here in the Philadelphia area.

9. I voted by mail this year. I requested and received a mail ballot from Philadelphia in advance of the November 2022 election.

10. After I received my ballot, I marked it, inserted it into the secrecy envelope and the outer return envelope. I thought I followed all of the instructions. I believe I signed the outer envelope, and if I did not put a date, that must have been a mistake.

11. I returned my ballot about two weeks before the election. One of my friends received a notification that her ballot was accepted via email. I do not use email, and so I did not receive an electronic notification about whether my ballot was accepted or not.

12. On November 6, 2022, the Sunday before the election, I received a call from the Washington Post telling me that my vote would not be counted because the outer return envelope of my ballot is missing a date next to my signature. I have also received a sheet of paper as part of local voter protection efforts that said my ballot was not accepted.

13. I was asked if I will be able to vote in person for this election. I will not. I am physically immobile, and it would be very difficult for me to get to my polling place in person on Election Day, including because I have struggles with my oxygen levels. I also had a major medical appointment on November 7, 2022, the day before Election Day. This is why I try to vote by mail in the first place.

14. I am upset that my vote will not count. I really wanted to continue voting because it is a way for me to stay active. I am not a political person, but I keep up with the times, and I wanted to vote for the people who I think will help me and my family here in Philadelphia.

15. It is unfair that my ballot will not count because of a simple mistake, especially a mistake about something that has nothing to do with when my ballot was sent or received, or whether I am qualified to vote. I think everybody who votes should

have their ballots counted, and I would like my ballot counted for the November 2022 election.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___11-10-2022___ in Philadelphia, Pennsylvania.

_____
Jean Terrizzi