# Exhibit J





# Guidance on Undated and Incorrectly Dated Mail-in and Absentee Ballot Envelopes Based on the Pennsylvania Supreme Court's Order in *Ball v. Chapman,* issued November 1, 2022

Date: November 3, 2022
Version: 1.0




TLP:WHITE

**Guidance on Undated and Incorrectly Dated Mail-in and Absentee Ballot Envelopes Based on the Pennsylvania Supreme Court's Order in *Ball v. Chapman*, issued November 1, 2022**

On November 1, 2022, the Pennsylvania Supreme Court issued an Order regarding undated and incorrectly dated outer envelopes containing mail-in and absentee ballots. A copy of that Order is attached. This email follows an initial communication from Deputy Secretary Jonathan Marks on the evening of November 1, 2022 and provides additional guidance to counties regarding the Court's Order.

In light of the Court's Order, the Department's September 26, 2022 Guidance Concerning Examination of Absentee and Mail-In Return Envelopes ("Envelope Guidance") and Guidance Concerning Civilian Absentee and Mail-In Ballot Procedures as it relates to undated and incorrectly dated outer envelopes is modified as stated below and counties are directed as follows:

- Returned ballots should be scanned into the SURE system immediately upon receipt. County election offices should ensure that previously received mail-in and absentee ballots have been scanned into SURE.
    - As a reminder, election offices should date-stamp return envelopes for all mail-in and absentee ballots immediately upon receipt.
- Examine all mail-in and absentee ballots received to determine if the return envelopes for those ballots are signed and dated.
- For ballots which are administratively determined to be undated or incorrectly dated, code that ballot as CANC – NO SIGNATURE within the SURE system.
- Further, for those ballots that have been administratively determined to be undated or incorrectly dated, the ballots must be segregated from other ballots. Counties may prefer to keep segregated undated and incorrectly dated ballots organized by precinct, and alphabetically by last name within each precinct.
    - The department strongly recommends that counties also segregate into separate groups undated ballots versus incorrectly dated ballots.
- For voters returning their ballots in person to election offices, office personnel should remind voters to confirm that they signed and correctly dated their ballots, and to provide them an opportunity to do so prior to submission.

###

| Version | Date | Description |
|---|---|---|
| **1.0** | 11/3/22 | Original issue |
|  |  |  |

