## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, *et al.*,<br><br>        *Plaintiffs*,<br><br>  v.<br><br>LEIGH M. CHAPMAN, in her official capacity as Acting Secretary of the Commonwealth, *et al.*,<br><br>        *Defendants*. | Case No. 1:22-cv-00339-SPB |

## STIPULATION

Plaintiffs and the undersigned County Election Boards, by their undersigned counsel, hereby stipulate as follows:

1.  The undersigned County Election Boards desire a prompt resolution of this case in order to have direction on how to properly proceed in future elections. Accordingly, while the undersigned County Election Boards neither admit nor deny the allegations of the Amended Complaint, the undersigned County Election Boards do not object to, and stipulate and agree to not contest or appeal, the declaratory and injunctive relief requested by Plaintiffs in this action. The forgoing does not prohibit the undersigned County Election Boards from joining an appeal of a decision of this Court denying Plaintiffs' requested declaratory and injunctive relief or from appealing a decision of the Court imposing sanctions on the undersigned County Election Boards.

2.      In the absence of any further agreed-upon extension by Plaintiffs, the undersigned County Election Boards stipulate and agree:  that they shall not unreasonably impede discovery in this action; that they will, by January 20, 2023, answer and respond fully and completely to the written interrogatories, document requests, and requests for admission served upon them by Plaintiffs on December 14, 2022, limiting objections to the extent reasonably possible to those concerning privilege; and that they will produce to Plaintiffs' counsel all requested non-privileged items and documents.

3.      In exchange for the undersigned County Election Boards' stipulation and cooperation in discovery as stated in the other paragraphs of this Stipulation, Plaintiffs stipulate and agree:  to forgo any claim for attorneys' fees and costs against only the undersigned County Election Boards; to refrain from seeking the entry of any default or seek any further response from the undersigned County Election Boards in this case; and to forgo any other relief in this case against the undersigned County Election Boards other than the injunctive and declaratory relief sought in Plaintiffs' Amended Complaint.

4.      To the extent the deposition testimony or other sworn statement of the undersigned County Election Boards shall be reasonably necessary for evidentiary purposes, Plaintiffs and the undersigned County Election Boards stipulate and agree to reasonably cooperate with each other to provide such testimony or statement in the least burdensome manner.

Undersigned counsel for Plaintiffs represents that counsel for all other parties listed below consent to this Stipulation.

Dated: January 4, 2023

Respectfully submitted,

Ari J. Savitzky
Megan C. Keenan
Sophia Lin Lakin
Adriel I. Cepeda Derieux
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
asavitzky@aclu.org
mkeenan@aclu.org
slakin@aclu.org
acepedaderieux@aclu.org

David Newmann (PA 82401)
Brittany Armour (PA 324455)
HOGAN LOVELLS US LLP
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
Tel: (267) 675-4610
david.newmann@hoganlovells.com
brittany.armour@hoganlovells.com

/s/Stephen A. Loney, Jr.
Witold J. Walczak (PA 62976)
Richard T. Ting (PA 200438)
AMERICAN CIVIL LIBERTIES UNION
OF PENNSYLVANIA
P.O. Box 23058
Pittsburgh, PA 15222
Tel: (412) 681-7736
vwalczak@aclupa.org
rting@aclupa.org

Marian K. Schneider (PA 50337)
Stephen Loney (PA 202535)
AMERICAN CIVIL LIBERTIES UNION
OF PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
mschneider@aclupa.org
sloney@aclupa.org

*Counsel for the Pennsylvania State Conference of the NAACP, League of Women Voters of Pennsylvania, Philadelphians Organized to Witness, Empower and Rebuild, Common Cause Pennsylvania, Black Political Empowerment Project, Make the Road Pennsylvania, Jean Terrizzi, Barry M. Seastead, Marjorie Boyle, Marlene G. Gutierrez, Deborah Diehl, Aynne Margaret Pleban Polinski, Joel Bencan, and Laurence M. Smith*

ADAMS COUNTY BOARD OF
ELECTIONS

Dated:  January 4, 2023

/s/Sean A. Mott
Molly R. Mudd
Sean A. Mott
COUNTY OF ADAMS
117 Baltimore Street
Gettysburg, PA 17325
Tel: 717-337-5911
Fax: 717-334-9542
mmudd@adamscounty.us
samott@adamscounty.us

ALLEGHENY COUNTY BOARD OF
ELECTIONS

Dated:  January 4, 2023

/s/George M. Janocsko
George M. Janocsko
Virginia Spencer Scott
Frances M. Liebenguth
Lisa G. Michel
ALLEGHENY COUNTY LAW DEPARTMENT
445 Fort Pitt Blvd, Suite 300
Pittsburgh, PA 15219
Tel: (412) 350-1173
Fax: (412) 350-1174
george.janocsko@alleghenycounty.us
virginia.scott@alleghenycounty.us
frances.liebenguth@alleghenycounty.us
lisa.michel@alleghenycounty.us

Allan J. Opsitnick
564 Forbes Avenue, Suite 1301
Pittsburgh, PA 15219
Tel: (412) 391-3299
aopsitnick@opsitnickslaw.com

ARMSTRONG COUNTY BOARD OF
ELECTIONS

Dated:  January 4, 2023          /s/Andrew J. Sacco
                                 Andrew J. Sacco, Solicitor
                                 ARMSTRONG COUNTY BOARD OF ELECTIONS
                                 450 Market Street
                                 Kittanning, PA 16201
                                 sslaw@windstream.net


BEAVER COUNTY BOARD OF
ELECTIONS

Dated:  January 4, 2023          /s/Garen Fedeles
                                 Garen Fedeles, Esq.
                                 Beaver County Solicitor
                                 810 Third St.
                                 Beaver, Pa 15009
                                 Tel: (724) 770-4445
                                 Fax: (724) 773-7268
                                 gfedeles@beavercountypa.gov


BLAIR COUNTY BOARD OF ELECTIONS

Dated:  January 4, 2023          /s/Nathan W. Karn, Sr.
                                 Nathan W. Karn, Sr.
                                 BLAIR COUNTY SOLICITOR
                                 401 Allegheny Street
                                 PO Box 415
                                 Hollidaysburg, PA 16648
                                 Tel: 814-695-7581
                                 Fax: 814-695-1750
                                 PACER: nkarn@eveyblack.com
                                 COMMUNICATION: nkarn@blairco.org

BUCKS COUNTY BOARD OF ELECTIONS

Dated:  January 4, 2023

/s/Amy Fitzpatrick
Amy Fitzpatrick
COUNTY OF BUCKS LAW DEPARTMENT
55 E. Court Street, 5th Floor
Doylestown, PA 18901
Tel: (215) 348-6464
amfitzpatrick@buckscounty.org

Jessica L VanderKam
STUCKERT AND YATES PA
2 North State Street
Newtown, PA 18940
Tel: (215) 968-4700
jvanderkam@stuckertyates.com

CAMBRIA COUNTY BOARD OF ELECTIONS

Dated:  January 4, 2023

/s/William Gleason Barbin
William Gleason Barbin
Melissa A. Kestermont
CAMBRIA COUNTY SOLICITOR'S OFFICE
200 South Center Street
Cambria County Courthouse
Ebensburg, PA 15931
Tel:  814-472-1607
mkestermont@co.cambria.pa.us

CAMERON COUNTY BOARD OF
ELECTIONS

Dated:  January 4, 2023          /s/Edwin W. Tompkins
                                 Edwin W. Tompkins
                                 Cameron County Solicitor
                                 20 E. 5th St.
                                 Emporium, PA  15834
                                 Tel: (814) 486-1532
                                 ewtompkinslaw@gmail.com


CHESTER COUNTY BOARD OF
ELECTIONS

Dated:  January 4, 2023          /s/Colleen Frens
                                 Colleen Frens
                                 Faith Mattox-Baldini
                                 CHESTER COUNTY SOLICITOR'S OFFICE
                                 313 W Market Street, Suite 6702
                                 West Chester, PA 19380
                                 Tel: (610) 344-6195
                                 cfrens@chesco.org
                                 fmattoxbaldini@chesco.org


CLARION COUNTY BOARD OF
ELECTIONS and SUSQUEHANNA
COUNTY BOARD OF ELECTIONS and
TIOGA COUNTY BOARD OF ELECTIONS

Dated:  January 4, 2023          /s/Christopher P. Furman
                                 Christopher P. Furman
                                 Gabriel Fera, P.C.
                                 1010 Western Avenue, Suite 200
                                 Pittsburgh, PA 15233
                                 T: (412) 223-5815
                                 F: (412) 774-0074
                                 cfurman@gabrielfera.com

CLINTON COUNTY BOARD OF
ELECTIONS

Dated:  January 4, 2023    /s/ Larry E. Coploff
Larry E. Coploff
COPLOFF, RYAN & HOUSER
136 E Water St
Lock Haven, PA 17745
Tel: (570) 748-7771
lec@crwlaw.net


CRAWFORD COUNTY BOARD OF
ELECTIONS

Dated:  January 4, 2023    /s/Keith A. Button
Keith A. Button
SHAFER LAW FIRM
890 Market St.
Meadville, PA 16335
Tel: 814-724-4540
Fax: 814-724-4545
kbutton@shaferlaw.com


CUMBERLAND COUNTY BOARD OF
ELECTIONS

Dated:  January 4, 2023    /s/ Keith O. Brenneman
Keith O. Brenneman
CUMBERLAND COUNTY OFFICE OF THE
SOLICITOR
One Courthouse Square, Room 208,
Carlisle, PA  17013
kobrenneman@cumberlandcountypa.gov

DELAWARE COUNTY BOARD OF
ELECTIONS

Dated:  January 4, 2023

/s/J. Manly Parks
James Manly Parks
Nick Centrella
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
Tel:  215-979-1342
Fax: 215-689-3682
jmparks@duanemorris.com
nmcentrella@duanemorris.com


ELK COUNTY BOARD OF ELECTIONS

Dated:  January 4, 2023

/s/Thomas G. Wagner
Thomas G. Wagner, Solicitor
115 Lafayette Street
St. Marys, PA 15857
Tel:  (814) 781-3445
twagner@mwbklaw.com


ERIE COUNTY BOARD OF ELECTIONS

Dated:  January 4, 2023

/s/Thomas S. Talarico
Thomas S. Talarico
TALARICO & NIEBAUER
510 Cranberry Street, Suite 301
Erie, PA 16507
Tel: (814) 459-4472
Fax: (814) 454-5851
ttalarico@nwpalawyers.com

FRANKLIN COUNTY BOARD OF
ELECTIONS and POTTER COUNTY
BOARD OF ELECTIONS

Dated:  January 4, 2023

/s/Frank J. Lavery, Jr.
Frank J. Lavery , Jr.
Andrew W. Norfleet
LAVERY LAW
225 Market Street, Suite 304
P.O. Box 1245
Harrisburg, PA 17108-1245
Tel: (717) 233-6633
Fax: (717) 233-7003
flavery@laverylaw.com
anorfleet@laverylaw.com


JUNIATA COUNTY BOARD OF
ELECTIONS

Dated:  January 4, 2023

/s/Donald K. Zagurskie
Donald K. Zagurskie, Esq.
JUNIATA COUNTY SOLICITOR'S OFFICE
117 Main St., Mifflin, PA  17058
Tel:  (717) 436-8044
Fax:  717-436-2722
dzagurskie@juniataco.org

LEHIGH COUNTY BOARD OF
ELECTIONS

Dated:  January 4, 2023

/s/Catharine M. Roseberry
Catharine M. Roseberry
COUNTY OF LEHIGH DEPARTMENT OF LAW
17 S 7th Street, Ste 440
Allentown, PA 18101
Tel: 484-241-0675
catharineroseberry@lehighcounty.org

LYCOMING COUNTY BOARD OF
ELECTIONS

Dated:  January 4, 2023        /s/ J. David Smith
                               J. David Smith, PA I.D. No. 27813
                               MCCORMICK LAW FIRM
                               835 West Fourth Street
                               Williamsport, PA 17701
                               Tel: (570) 326-5131
                               Fax: (570) 326-5529
                               dsmith@mcclaw.com


MIFFLIN COUNTY BOARD OF
ELECTIONS

Dated:  January 4, 2023        /s/Stephen S. Snook
                               Stephen S. Snook
                               20 S. Wayne Street
                               Lewistown, PA 17044
                               T: (717) 242-3400
                               ssnook@bmzlaw.com


MONTGOMERY COUNTY BOARD OF
ELECTIONS

Dated:  January 4, 2023        /s/Maureen Calder
                               Maureen Calder
                               MONTGOMERY COUNTY SOLICITOR'S OFFICE
                               One Montgomery Plaza, Suite 800
                               Norristown, PA 19404
                               Tel: (610) 278-3033
                               Fax: (610) 278-3033
                               mcalder@montcopa.org

NORTHAMPTON COUNTY BOARD OF
ELECTIONS

Dated:  January 4, 2023

/s/Brian J. Taylor
Brian J. Taylor
NORTHAMPTON COUNTY SOLICITOR'S OFFICE
669 Washington Street
Easton, PA 18042
Tel:  (610) 829-6350
Fax:  (610) 559-3001
btaylor@kingspry.com


PHILADELPHIA COUNTY BOARD OF
ELECTIONS

Dated:  January 4, 2023

/s/ Aimee D. Thomson
Ilana Hope Eisenstein
Brian H. Benjet
DLA Piper LLP (US)
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103
Tel: (215) 656-3351
Fax: (215) 606-3351
ilana.eisenstein@dlapiper.com
brian.benjet@dlapiper.com

Aimee D. Thomson
Zachary Strassburger
CITY OF PHILADELPHIA LAW DEPARTMENT
1515 Arch St.,15th Floor
Philadelphia, PA 19102
Tel: (215) 683-5439
aimee.thomson@phila.gov
zachary.strassburger@phila.gov

POTTER COUNTY BOARD OF
ELECTIONS

Dated:  January 4, 2023          /s/Thomas R. Shaffer
                                 Thomas R. Shaffer
                                 Solicitor for County of Potter
                                 410 Ross Street
                                 Coudersport, PA 16915
                                 814-203-1678
                                 Email: tom@410ross.com


SOMERSET COUNTY BOARD OF
ELECTIONS

Dated:  January 4, 2023          /s/ Michael P. Barbera
                                 Michael P. Barbera
                                 BARBERA, MELVIN, SVONAVEC &
                                 SPERLAZZA LLP
                                 146 West Main Street, P.O. Box 775
                                 Somerset, PA 15501
                                 Tel:  (814) 443-4681
                                 Fax: (814) 443-2422
                                 mpbarbera@barberalaw.com


SULLIVAN COUNTY BOARD OF
ELECTIONS and WYOMING COUNTY
BOARD OF ELECTIONS

Dated:  January 4, 2023          /a/Keneth R. Levitzky
                                 Kenneth R. Levitzky
                                 125 Churchill St., Box 489
                                 Dushore, PA 18614
                                 Tel:  (570) 928-8288
                                 krllaw@epix.net

UNION COUNTY BOARD OF
ELECTIONS

Dated:  January 4, 2023     /s/ Jonathan L. DeWald
Jonathan L. DeWald, Esquire
MCNERNEY, PAGE, VANDERLIN & HALL
433 Market Street
Williamsport, PA 17701
Tel: (570) 326-6555; Ext. 240
jdewald@mpvhlaw.com


WAYNE COUNTY BOARD OF
ELECTIONS

Dated:  January 4, 2023     /s/Wendell R. Kay
Wendell R. Kay, Esq.,
Wayne County, PA County Solicitor
925 Court Street
Honesdale, PA 18431
WKay@waynecountypa.gov


It is so ordered this 5th day of January, 2022.


United States District Judge