IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> LEIGH M. CHAPMAN, Acting Secretary of the Commonwealth, *et al.*, <br><br> *Defendants.* | Case No. 1:22-cv-339 |
| BETTE EAKIN, *et al*, <br><br> *Plaintiffs,* <br><br> v. <br><br> ADAMS COUNTY BOARD OF ELECTIONS, *et al.*, <br><br> *Defendants.* | Case No. 1:22-cv-340 |

### PHILADELPHIA COUNTY BOARD OF ELECTIONS' POSITION STATEMENT ON CASE SCHEDULING

Pursuant to this Court's January 9, 2023, Briefing Orders in the above-captioned actions, the Philadelphia County Board of Elections ("Philadelphia County") respectfully submits this position statement on case scheduling. Philadelphia County's positions can be distilled to four points:

1. The case schedules should be expedited to the fullest extent practicable to ensure a prompt resolution of the important legal issues raised in these cases. An expedited schedule will best ensure that the County Boards of Elections have prompt judicial guidance for future elections on how to handle timely received mail-in and

1

absentee ballots from qualified voters that are submitted in undated or "incorrectly" dated outer return envelopes.

2. The case schedules should be expedited at a pace that allows this Court to finally resolve all disputed claims and defenses before May 16, 2023—the date of Pennsylvania's municipal primary election.

3. In light of the foregoing points, Philadelphia County endorses the case schedule that Plaintiffs in the 22-cv-339 action have proposed. (*See* Dkt. No. 198-1.)

4. The schedules for these two related litigations should be the same. Proceeding on parallel tracks will increase litigation efficiencies and decrease duplicative work for the parties, the Court, and counsel. Separate scheduling tracks would needlessly burden Philadelphia County.

| | |
|---|---|
| Dated: January 20, 2023 | By: /s/ *Ilana H. Eisenstein* <br> Ilana H. Eisenstein (*pro hac vice*) <br>   (PA 94907) <br> Brian H. Benjet (*pro hac vice*) <br>   (PA 205392) <br> DLA Piper LLP (US) <br> 1650 Market Street, Suite 5000 <br> Philadelphia, PA 19103 <br> T (215) 656-3300 <br> ilana.eisenstein@us.dlapiper.com <br> brian.benjet@us.dlapiper.com <br><br> Zachary G. Strassburger (PA 313991) <br> Aimee D. Thomson (*pro hac vice*) <br>   (PA 326328) <br> Philadelphia Law Department <br> 1515 Arch Street, 17th Floor <br> Philadelphia, PA 19102 <br> zachary.strassburger@phila.gov <br> aimee.thomson@phila.gov <br><br> *Counsel for Defendant Philadelphia County Board of Elections* |