AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
In the United States Bankruptcy Court for the Western District of Pennsylvania

Pennsylvania State Conference of the NAACP, et al. )
)
*Plaintiff* )
v. ) Civil Action No. 1:22-cv-339
)
Leigh M. Chapman, et al. )
*Defendant* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Pike County Board of Elections

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Target Legal Process Worldwide Corp. , - - , 233 Broadway Suite 2065 , New York, NY 10279

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                        CLERK OF COURT

Date: _____        _____
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-339

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Pike County Board of Elections</u> was received by me on *(date)* <u>Nov 11, 2022, 10:37 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Nadine Manzoni</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Pike County Board of Elections</u> on *(date)* <u>Mon, Nov 14 2022</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 11-22-22

*Server's signature*

Abby Casey

*Printed name and title*

PO Box 304, Lansdale, Pa 19446

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Nov 14, 2022, 12:00 pm EST at 506 Broad St, Milford, PA 18337 received by Pike County Board of Elections/ Nadine Manzoni. Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 200; Height: 5'10"; Hair: Brown; Upon entering building. Jess directed to the commissioner office and told " the ladies from election office are counting votes." A women who identified herself as Nadine Manzoni Director board of elections came to accept documents and stated "how can I help you we are in the middle of counting ballots" She then accepted documents .