United States District Court
Western District of Pennsylvania

---

Pennsylvania State Conference of the NAACP, et al
        Plaintiff
   VS
Leigh M. Chapman, et al.
        Defendant

**PROOF OF SERVICE**

File/Index No.: 22 CV 339
Issued On:
Alt File/Index No.:
Calendar No.:

---

**SERVICE UPON: Luzerne County Board of Elections**

STATE OF Pennsylvania, COUNTY OF Montgomery: ss

Abby Casey does hereby declare and/or certify as follows: I am not a party to the within action, am over the age of 18 years and reside in the State of Pennsylvania.

On 11/10/2022 at 9:00 AM at 20 North Pennsylvania Avenue, Sutie 207 Wilkes-Barre, PA 18701, I effected service of process of the following documents: Summons & Complaint upon Luzerne County Board of Elections, a/the defendant in this matter/proceeding:

by delivering to and leaving a true copy thereof with Beth McBride, who is a/the authorized agent of/for Luzerne County Board of Elections.

Declared and/or Certified on
1/30/23

Abby Casey
Target Legal Process Worldwide Corp.
100 Church Street, Suite 800
New York, NY 10007
(212) 227-9600

Order #:R88292

Corporate Delivery to a person