IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PENNSYLVANIA STATE CONFERENCE OF THE NAACP,** *et al.*<br>　　　　　　　**Plaintiffs,**<br><br>　v.<br><br>**LEIGH M. CHAPMAN,** *et al.*<br>　　　　　　　**Defendants.** | Case No. 1:22-cv-00339-SPB |

## JOINDER

Defendant Delaware County Board of Elections ("Board"), by and through its undersigned counsel, hereby joins in the Memorandum in Response to Intervenor-Defendants' Motion to Dismiss, filed at Dkt. #223 by Defendants Allegheny, Bucks, Chester, Montgomery, and Philadelphia County Boards of Elections.

Dated: February 3, 2023

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ J. Manly Parks*
　　　　　　　　　　　　　　　　　　J. Manly Parks
　　　　　　　　　　　　　　　　　　Nicholas M. Centrella, Jr.
　　　　　　　　　　　　　　　　　　30 South 17th Street
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　Tel.: (215) 979-1000
　　　　　　　　　　　　　　　　　　JMParks@duanemorris.com
　　　　　　　　　　　　　　　　　　NMCentrella@duanemorris.com

　　　　　　　　　　　　　　　　　　*Attorneys for*
　　　　　　　　　　　　　　　　　　*Delaware County Board of Elections*

2

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that I served the foregoing Joinder on all counsel of record via this Court's e-filing system.

Dated: February 3, 2023                                    */s/ Nicholas Centrella, Jr.*
                                                                                            Nicholas Centrella, Jr.