# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, *et al.*,<br><br>　　　　　　　　*Plaintiffs*,<br><br>　v.<br><br>LEIGH M. CHAPMAN, in her official capacity as Acting Secretary of the Commonwealth, *et al.*,<br><br>　　　　　　　　*Defendants*. | Case No. 1:22-cv-00339-SPB |

## ORDER

AND NOW, this 11th day of April, 2023, upon consideration of Plaintiffs' Motion to Drop Parties Jean Terrizzi, Deborah Diehl, and Marjorie Boyle and any responses thereto, it is hereby ORDERED that the Motion is GRANTED. Jean Terrizzi, Deborah Diehl and Marjorie Boyle are hereby removed as Plaintiffs in this action, without prejudice.

BY THE COURT

*/s/ Susan Paradise Baxter*
Hon. Susan Paradise Baxter
United States District Judge