IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENNYSLVANIA STATE CONFERENCE** | ) | |
| **OF THE NAACP, et al,** | ) | |
|     Plaintiffs, | ) | Civil Action No. 1:22-CV-339 |
| | ) | |
|             v. | ) | Re: Motions for leave to file |
| | ) |      documents under seal |
| | ) | |
| **LEIGH CHAPMAN,** | ) | |
| **Acting Secretary of the Commonwealth, et al,** | ) | |
|     **Defendants.** | ) | |

**O R D E R**

AND NOW, this 20th day of April 2023;

IT IS HEREBY ORDERED that the motions for leave to file [ECF No. 264; ECF No. 265] are granted in part and denied in part.

IT IS FURTHER ORDERED that in support of their motions for summary judgment and associated filings and oppositions thereto, **all parties** to this action may file any document containing material designated "Confidential" under the Protective Order [ECF No. 230] provisionally under seal using the following procedure:

> A redacted document must be filed on the docket while an unredacted version of the same document must be emailed contemporaneously to Courtroom Deputy Samantha Castorina (Samantha_castorina@pawd.uscourts.gov) for filing. The seal as to any document filed provisionally under seal shall be automatically lifted unless the party that designated the material "Confidential" files a motion on or before May 5, 2023 seeking the continued sealing of any information it believes meets the standards set forth in *In re*

1

*Avandia Mktg., Sales Pracs. & Prod. Liab. Litig*., 924 F.3d 662 (3d Cir. 2019). If any such motion is filed, any opposing party must file a response by May 19, 2023. This procedure applies to all parties and no further motions seeking leave need be filed at this stage of the proceedings.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge
