IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, *et al.*, | : :  :  CIVIL ACTION |
| Plaintiffs, | : :  No. 1:22-cv-00339-SPB |
| v. | : : |
| AL SCHMIDT, *et al.*, | : : |
| Defendants. | : :  **ELECTRONICALLY FILED** : |

### JOINDER IN MOTION FOR SUMMARY JUDGMENT

Defendant Berks County Board of Elections ("Berks Board"), by its undersigned attorneys, hereby joins in the motion for summary judgment filed by Lancaster County Board of Elections ("Lancaster Board") (doc. 267) and incorporates by reference Lancaster Board's motion and supporting memorandum of law and concise statement of material facts (doc. 268). All of the arguments asserted by Lancaster Board apply equally to Berks Board.

For all the reasons stated in Lancaster Board's motion for summary judgment, all of Plaintiffs' claims against Berks Board should be dismissed with prejudice.

Respectfully submitted,

Dated: April 21, 2023    **SMITH BUKOWSKI, LLC**

By: /s/ Jeffrey D. Bukowski
Jeffrey D. Bukowski, Esquire
PA Attorney I.D. No. 76102
**JBukowski@SmithBukowski.com**
1050 Spring Street, Suite 1
Wyomissing, PA 19610
Telephone: (610) 685-1600
Facsimile:  (610) 685-1300

*Attorneys for Berks County Board of Elections*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AL SCHMIDT, *et al.*, <br><br> Defendants. | : <br> : <br> : CIVIL ACTION <br> : <br> : No. 1:22-cv-00339-SPB <br> : <br> : <br> : <br> : <br> : <br> : **ELECTRONICALLY FILED** <br> : |

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LCvR 5.6, the undersigned hereby certifies that the foregoing document was electronically filed on the below date with the Court's CM/ECF system, which transmitted a Notice of Electronic Filing of the filed document on counsel of record and/or each party in the case who is registered as a Filing User.

Dated: April 21, 2023                    **SMITH BUKOWSKI, LLC**

                                                  By:   /s/ Jeffrey D. Bukowski
                                                        Jeffrey D. Bukowski, Esquire
                                                        PA Attorney I.D. No. 76102
                                                        **JBukowski@SmithBukowski.com**
                                                        1050 Spring Street, Suite 1
                                                        Wyomissing, PA 19610
                                                        Telephone: (610) 685-1600
                                                        Facsimile:  (610) 685-1300

*Attorneys for Berks County Board of Elections*