IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENNYSLVANIA STATE CONFERENCE OF THE NAACP, et al,** | ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:22-CV-339 |
| v. | ) ) ) | Re: Response to Motion to File Amicus Brief |
| **LEIGH CHAPMAN,** Acting Secretary of the Commonwealth, et al, | ) ) ) | |
| Defendants. | ) | |

**O R D E R**

A motion seeking leave to file an amicus brief has been filed by Restoring Integrity and Trust in Elections, Inc. ECF No. 284. Attached to the motion is a proposed amicus brief.

AND NOW, this 24th day of April 2023;

IT IS HEREBY ORDERED that any party may respond to the motion for leave to file by May 8, 2023. In the event the motion to file is granted, the parties will be given an opportunity to respond to the amicus brief.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge

1