IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNYSLVANIA STATE CONFERENCE OF THE NAACP, et al,<br>　　　Plaintiffs,<br><br>　　　　　　v.<br><br>LEIGH CHAPMAN,<br>Acting Secretary of the Commonwealth, et al,<br>　　　Defendants. | Civil Action No. 1:22-CV-339<br><br>Re: Briefing Order on Oppositions to Motions for Summary Judgment |

# O R D E R

AND NOW, this 25th day of April 2023;

IT IS HEREBY ORDERED that oppositions to motions for summary judgment are due by May 5, 2023 and reply briefs are due by May 10, 2023. Each party opposing a motion for summary judgment shall file in addition to its brief in opposition, **a response to the moving party's Concise Statement of Material Facts**. In paragraphs corresponding to those of the Concise Statement, the opposing party shall state whether the facts listed are disputed. For any disputed fact, the opposing party shall cite to evidentiary material demonstrating the dispute and attach such evidentiary material in an Appendix. **When responding to the Concise Statement of Material Facts, the responding party must include a reprint of each original fact statement, followed by the response, seriatim.** There is no page limitation for Responses to Concise Statements. The Responsive Concise Statement may also contain any other material facts, set forth in separately numbered paragraphs with appropriate citation to the evidentiary material contained in the Appendix, that are necessary for the Court to determine the motion for

summary judgment. Any new material fact raised in the Responsive Concise Statement must be addressed by the opposing party in the same manner as the Responsive Concise Statement addressed the material facts raised in the Concise Statement. Any filings that do not comply with this Order shall be stricken.

*Susan Paradise Baxter*
SUSAN PARADISE BAXTER
United States District Judge