# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, et al., | ) ) ) Civil Action No.: 1:22-cv-00339 |
| Plaintiffs, | ) ) ) |
| v. | ) Judge Susan P. Baxter ) |
| LEIGH CHAPMAN, Acting Secretary of the Commonwealth, et al. | ) ) ) ) |
| Defendants. | |

## RESPONSE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

In Response to Plaintiffs' Motion for Summary Judgment, the Defendant Westmoreland County Board of Elections ("Westmoreland"), by its undersigned attorney, joins in the response filed by Lancaster County Board of Elections ("Lancaster Board") and incorporates by reference Lancaster Board's response in opposition to Plaintiffs' Motion for Summary Judgment.

All of the arguments asserted by Lancaster Board apply equally to Westmoreland. For all the reasons stated in Lancaster Board's Response in Opposition to Plaintiffs' Motion for Summary Judgment, Plaintiffs' Motion for Summary Judgment should be denied.

Dated:  May 5, 2023

Respectfully submitted,

*/s/ Melissa A. Guiddy*
Melissa A. Guiddy, Esquire

Pa. I.D. #79223
Westmoreland County Solicitor's Office
2 North Main Street, Suite 103
Greensburg, PA 15601
 (724) 830-3553
mguiddy@co.westmoreland.pa.us
Attorney for Defendant
Westmoreland County Board of Elections

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Entry of Appearance was filed electronically and served via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

                                                Respectfully submitted,

                                                */s/ Melissa A. Guiddy*
                                                Melissa A. Guiddy, Esquire