UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AL SCHMIDT, *in his official capacity as Secretary of the Commonwealth*, *et al.*,<br><br>Defendants. | No. 1:22-cv-339<br>Judge Susan Paradise Baxter |

## **MOTION TO WITHDRAW APPEARANCE**

Defendant Al Schmidt (the "Secretary") hereby moves the Court to withdraw the appearance of John B. Hill as counsel for the Secretary. Attorney Hill is changing employers. Michael J. Fischer, Jacob Boyer, Elizabeth Lester-Abdalla, and Robert A. Wiygul will continue to represent the Secretary in this action.

WHEREFORE, the Secretary respectfully requests the Court withdraw the appearance of John B Hill.

| | |
|---|---|
| September 15, 2023 | Respectfully submitted, |
| /s/ *John B. Hill* | |
| Robert A. Wiygul (Bar. No. 310760)<br>John B. Hill (Bar. No. 328340)<br>HANGLEY ARONCHICK SEGAL<br>PUDLIN & SCHILLER<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103-6933 | Michael J. Fischer (Bar. No. 322311)<br>Executive Deputy General Counsel<br>Jacob Boyer (Bar. No. 324396)<br>Deputy General Counsel<br>GOVERNOR'S OFFICE OF<br>GENERAL COUNSEL<br>333 Market Street, 17th Floor<br>Harrisburg, PA 17101<br>(717) 460-6786<br>jacobboyer@pa.gov |
| Elizabeth Lester-Abdalla (Bar. No. 327276)<br>Deputy Attorney General<br>OFFICE OF ATTORNEY GENERAL<br>1600 Arch Street, Suite 300<br>Philadelphia, PA 19103 | *Counsel for Secretary of the Commonwealth Al Schmidt* |