IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AL SCHMIDT, *et al.*,<br><br>　　　　　Defendants. | Civil Action No.: 1:22-cv-00339 |

**NOTICE OF SUBSTITUTION OF LAW FIRM**

Kindly substitute the following law firm as counsel for Intervenor-Defendants, the Republican National Committee, the National Republican Congressional Committee, and the Republican Party of Pennsylvania, in the above-captioned matter:

> Kathleen A. Gallagher, Esquire
> The Gallagher Firm, LLC
> 3100 Koppers Building
> 436 Seventh Avenue
> Pittsburgh, PA  15219
> kag@gallagherlawllc.com
> 412.308.5512 (Phone)
> 412.308.5516 (Fax)

This information has been updated in PACER and on the District Court for the Western District's websites for purposes of ECF notification.

Date:  September 26, 2023         Respectfully submitted,

                                                            THE GALLAGHER FIRM, LLC

By: */s/ Kathleen A. Gallagher*
    Kathleen A. Gallagher
    PA I.D. No. 37950
    kag@gallagherlawllc.com
    3100 Koppers Building
    436 Seventh Avenue
    Pittsburgh, PA  15219
    412.308.5512 (Phone)
    412.308.5516 (Fax)

*Counsel for Intervenor-Defendants,
the Republican National Committee,
the National Republican Congressional
Committee, and the Republican Party
of Pennsylvania*