Lawrence J. Moran, Jr.
Jennifer Menichini
**JOYCE, CARMODY & MORAN, P.C.**
9 N. Main Street, Suite 4
Pittston, PA 18640
Ph: (570) 602-3560
Fax: (570) 602-3561

Attorneys for Defendant
Lackawanna County Board of Elections

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, COMMON CAUSE PENNSYLVANIA, BLACK POLITICAL EMPOWERMENT PROJECT, AND MAKE THE ROAD PENNSYLVANIA, <br><br> *Plaintiffs,* <br> v. <br><br> LEIGH M. CHAPMAN, in her official capacity as ACTING Secretary of the Commonwealth, et al., <br><br> *Defendants.* | No. 1:22-CV-339 |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Jennifer Menichini of the law firm of Joyce, Carmody & Moran, P.C. on behalf of Defendant Lackawanna County Board

of Elections in the above-matter.

                Respectfully,

                *s/ Jennifer Menichini*
                Jennifer Menichini, ID No. 200917
                Lawrence J. Moran, Jr., ID No. 316253
                **JOYCE, CARMODY & MORAN, P.C.**
                9 N. Main Street, Suite 4
                Pittston, PA 18640
                Phone: 570-602-3560
                Fax: 570-602-3561
                E-mail: jm@joycecarmody.com
                            ljm@joycecarmody.com

                Attorneys for Defendant
                Lackawanna County Board of Elections

DATED: November 21, 2023

Lawrence J. Moran, Jr.
Jennifer Menichini
**JOYCE, CARMODY & MORAN, P.C.**
9 N. Main Street, Suite 4
Pittston, PA 18640
Ph: (570) 602-3560
Fax: (570) 602-3561

Attorneys for Defendant
Lackawanna County Board of Elections

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, COMMON CAUSE PENNSYLVANIA, BLACK POLITICAL EMPOWERMENT PROJECT, AND MAKE THE ROAD PENNSYLVANIA,<br><br>*Plaintiffs,*<br>v.<br><br>LEIGH M. CHAPMAN, in her official capacity as ACTING Secretary of the Commonwealth, et al.,<br><br>*Defendants.* | No. 1:22-CV-339 |

### **CERTIFICATE OF SERVICE**

I, JENNIFER MENICHINI, certify that on this date I caused a true and correct copy of the foregoing entry of appearance to be served by ECF upon all counsel of record

*s/ Jennifer Menichini*
Jennifer Menichini

DATED: November 21, 2023