IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIE DIVISION

| | | |
|---|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP,  LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, PHILADELPHIANS ORGANIZED TO WITNESS, EMPOWER AND REBUILD, COMMON CAUSE PENNSYLVANIA, BLACK POLITICAL EMPOWERMENT PROJECT,  MAKE THE ROAD PENNSYLVANIA, MARLENE G. GUTIERREZ, BARRY M. SEASTEAD, AYNNE MARGARET PLEBAN POLINSKI, LAURENCE M. SMITH, JOEL BENCAN, | ) ) ) ) ) ) ) ) ) ) ) ) ) | **CASE NO. 1:22-CV-00339**<br><br>**HON. SUSAN PARADISE BAXTER**<br>**UNITED STATES DISTRICT JUDGE** |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) ) | |
| AL SCHMIDT, IN HIS OFFICIAL CAPACITY AS ACTING SECRETARY OF THE COMMONWEALTH, ADAMS COUNTY BOARD OF ELECTIONS, ALLEGHENY COUNTY BOARD OF ELECTIONS, ARMSTRONG COUNTY BOARD OF ELECTIONS, BEAVER COUNTY BOARD OF ELECTIONS, BEDFORD COUNTY BOARD OF ELECTIONS, BERKS COUNTY BOARD OF ELECTIONS, BRADFORD COUNTY BOARD OF ELECTIONS, BLAIR COUNTY BOARD OF ELECTIONS, BUCKS COUNTY BOARD OF ELECTIONS, BUTLER COUNTY BOARD OF ELECTIONS, CAMBRIA COUNTY BOARD OF ELECTIONS, CAMERON COUNTY BOARD OF ELECTIONS, CARBON COUNTY BOARD OF ELECTIONS, CENTRE COUNTY BOARD OF ELECTIONS, CHESTER COUNTY BOARD OF ELECTIONS, CLARION COUNTY BOARD OF ELECTIONS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

1

CLEARFIELD COUNTY BOARD OF )
ELECTIONS, CLINTON COUNTY )
BOARD OF ELECTIONS, COLUMBIA )
COUNTY BOARD OF ELECTIONS, )
CRAWFORD COUNTY BOARD OF )
ELECTIONS, CUMBERLAND COUNTY )
BOARD OF ELECTIONS, DAUPHIN )
COUNTY BOARD OF ELECTIONS, )
DELAWARE COUNTY BOARD OF )
ELECTIONS, ELK COUNTY BOARD OF )
ELECTIONS, ERIE COUNTY BOARD OF )
ELECTIONS, FAYETTE COUNTY )
BOARD OF ELECTIONS, FOREST )
COUNTY BOARD OF ELECTIONS, )
FRANKLIN COUNTY BOARD OF )
ELECTIONS, FULTON COUNTY BOARD )
OF ELECTIONS, GREENE COUNTY )
BOARD OF ELECTIONS, HUNTINGDON )
COUNTY BOARD OF ELECTIONS, )
INDIANA COUNTY BOARD OF )
ELECTIONS, JEFFERSON COUNTY )
BOARD OF ELECTIONS, JUNIATA )
COUNTY BOARD OF ELECTIONS, )
LACKAWANNA COUNTY BOARD OF )
ELECTIONS, LANCASTER COUNTY )
BOARD OF ELECTIONS, LAWRENCE )
COUNTY BOARD OF ELECTIONS, )
LEBANON COUNTY BOARD OF )
ELECTIONS, LEHIGH COUNTY BOARD )
OF ELECTIONS, LUZERNE COUNTY )
BOARD OF ELECTIONS, LYCOMING )
COUNTY BOARD OF ELECTIONS, )
MCKEAN COUNTY BOARD OF )
ELECTIONS, MERCER COUNTY BOARD )
OF ELECTIONS, MIFFLIN COUNTY )
BOARD OF ELECTIONS, MONROE )
COUNTY BOARD OF ELECTIONS, )
MONTGOMERY COUNTY BOARD OF )
ELECTIONS, MONTOUR COUNTY )
BOARD OF ELECTIONS, )
NORTHAMPTON COUNTY BOARD OF )
ELECTIONS, NORTHUMBERLAND )
COUNTY BOARD OF ELECTIONS, )
PERRY COUNTY BOARD OF )
ELECTIONS, PHILADELPHIA COUNTY )
BOARD OF ELECTIONS, PIKE COUNTY )
)

BOARD OF ELECTIONS, POTTER                  )
COUNTY BOARD OF ELECTIONS,                  )
SCHUYLKILL COUNTY BOARD OF                  )
ELECTIONS, SNYDER COUNTY BOARD              )
OF ELECTIONS, SOMERSET COUNTY               )
BOARD OF ELECTIONS, SULLIVAN                )
COUNTY BOARD OF ELECTIONS,                  )
SUSQUEHANNA COUNTY BOARD OF                 )
ELECTIONS, TIOGA COUNTY BOARD               )
OF ELECTIONS, UNION COUNTY                  )
BOARD OF ELECTIONS, VENANGO                 )
COUNTY BOARD OF ELECTIONS,                  )
WARREN COUNTY BOARD OF                      )
ELECTIONS, WASHINGTON COUNTY                )
BOARD OF ELECTIONS, WAYNE                   )
COUNTY BOARD OF ELECTIONS,                  )
WESTMORELAND COUNTY BOARD OF                )
ELECTIONS, WYOMING COUNTY                   )
BOARD OF ELECTIONS, YORK                    )
COUNTY BOARD OF ELECTIONS,                  )
            Defendants.                )

# ORDER

AND NOW, this 29th day of November 2023;

Pursuant to Rule 58 of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that judgment is granted in favor of Plaintiff Barry Seastead and against Defendants Warren County Board of Elections and Secretary Schmidt.

IT IS FURTHER ORDERED that judgment is granted in favor of Plaintiff Aynne Margaret Pleban Polinski and against Defendants York County Board of Elections and Secretary Schmidt.

IT IS FURTHER ORDERED that judgment is granted in favor of Plaintiff Marlene Gutierrez and against Defendants York County Board of Elections and Secretary Schmidt.

IT IS FURTHER ORDERED that judgment is granted in favor of Plaintiff Laurence Smith and against Defendants Montgomery County Board of Elections and Secretary Schmidt.

IT IS FURTHER ORDERED that judgment is granted in favor of Plaintiff Joel Bencan and against Defendants Montgomery County Board of Elections and Secretary Schmidt.

IT IS FURTHER ORDERED that judgment is granted in favor of Plaintiff Pennsylvania State Conference of the NAACP and against Defendants Allegheny, Berks, Philadelphia, and York County Boards of Elections and Secretary Schmidt.

IT IS FURTHER ORDERED that judgment is granted in favor of Plaintiff League of Women Voters of Pennsylvania and against Defendants Allegheny, Berks, Lancaster, Lehigh, and Montgomery County Boards of Elections and Secretary Schmidt.

IT IS FURTHER ORDERED that judgment is granted in favor of Plaintiff Philadelphians Organized to Witness, Empower and Rebuild ("POWER") and against Defendants Philadelphia County Board of Elections and Secretary Schmidt.

IT IS FURTHER ORDERED that judgment is granted in favor of Plaintiff Common Cause Pennsylvania and against Defendant Secretary Schmidt.

IT IS FURTHER ORDERED that judgment is granted in favor of Plaintiff Black Political Empowerment Project ("B-PEP") and against Defendants Allegheny, Westmoreland, and Washington County Boards of Elections and Secretary Schmidt.

IT IS FURTHER ORDERED that judgment is granted in favor of Plaintiff Make the Road Pennsylvania ("MTR") and against Defendants Berks, Bucks, Lehigh, Northampton and Philadelphia County Boards of Elections and Secretary Schmidt.

4

IT IS FURTHER ORDERED that judgment is granted in favor of all Plaintiffs and against Intervenor Defendants, the Republican National Committees.

SUSAN PARADISE BAXTER
United States District Judge