IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, *et al.*, | ) ) ) |
| Plaintiffs, | ) Civil Action No.: 1:22-cv-00339 ) ) |
| v. | ) Judge Susan P. Baxter ) |
| LEIGH M. CHAPMAN, *et al.*, | ) ) |
| Defendants. | ) |

### [PROPOSED] ORDER

AND NOW, this ____ day of December, 2023, upon consideration of the Motion to Intervene filed by Richard Marino, it is hereby ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED. The clerk is directed to file on the docket Richard Marino's Answer.

_____
Honorable Susan P. Baxter
United States District Judge