IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, *et al.*, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | |
| v. | Civil Action No.: 1:22-cv-00339 |
| LEIGH M. CHAPMAN, *et al.*, | Judge Susan P. Baxter |
| Defendants. | |

### [PROPOSED] ORDER

AND NOW, this ____ day of December, 2023, upon consideration of Intervenor-Defendants' Motion for a Stay Pending Appeal, it is hereby ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED.  The Court's declaration and judgment that failure to count undated or misdated absentee or mail-in ballots violates 52 U.S.C. § 10101(a)(2)(B) are hereby STAYED pending the resolution of all appeals.

_____
Honorable Susan P. Baxter
United States District Judge

4