IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AL SCHMIDT, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) Civil Action No.: 1:22-cv-00339 <br> ) <br> ) <br> ) Judge Susan P. Baxter <br> ) <br> ) <br> ) <br> ) |

### [PROPOSED] ORDER

AND NOW, this ____ day of December, 2023, upon consideration of Intervenor-Defendants' Motion for a stay pending appeal, it is hereby ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED. The Court's declaration and judgment that failure to count undated or misdated absentee or mail-in ballots violates 52 U.S.C. § 10101(a)(2)(B) are hereby STAYED pending the resolution of all appeals.

_____
Honorable Susan P. Baxter
United States District Judge