## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, *et al.*, | )<br>)<br>) Civil Action No.: 1:22-cv-00339 |
| Plaintiffs, | ) |
| v. | ) Judge Susan P. Baxter |
| AL SCHMIDT, *et al.*, | ) |
| Defendants. | ) |

### **INTERVENOR-DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that Intervenor-Defendants the Republican National Committee, National Republican Congressional Committee, and Republican Party of Pennsylvania appeal to the United States Court of Appeals for the Third Circuit from the Judgment (ECF No. 350) entered in this case on November 29, 2023.

This appeal is taken under 28 U.S.C. § 1291.

Dated:  December 6, 2023                     Respectfully submitted,

/s/ Kathleen A. Gallagher
Kathleen A. Gallagher
PA I.D. #37950
THE GALLAGHER FIRM, LLC
436 Seventh Avenue, 31st Floor
Pittsburgh, PA 15219
Phone: (412) 308-5512
kag@gallagherlawllc.com

John M. Gore *
E. Stewart Crosland
Louis J. Capozzi III*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Phone: (202) 879-3939
jmgore@jonesday.com
scrosland@jonesday.com
lcapozzi@jonesday.com

Thomas W. King, III
Thomas E. Breth
DILLON, McCANDLESS, KING,
COULTER & GRAHAM, LLP
128 W. Cunningham St.
Butler, PA 16001
Phone: (724) 283.2200
tking@dmkcg.com
tbreth@dmkcg.com

Counsel for Intervenor-Defendants

* Admitted pro hac vice