IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, *et al.*, | ) ) ) |
| Plaintiffs, | ) Civil Action No.: 1:22-cv-00339 ) ) |
| v. | ) Judge Susan P. Baxter ) |
| LEIGH M. CHAPMAN, *et al.*, | ) ) |
| Defendants. | ) |

## NOTICE OF FILINGS

Proposed Intervenor Richard Marino hereby gives notice that he filed the attached motion to intervene in the Third Circuit Court of Appeals on December 7, 2023.

Mr. Marino and the existing Intervenor-Defendants also give notice that they filed the attached motion for stay pending appeal in the Third Circuit Court of Appeals on December 7, 2023.

| | |
|---|---|
| Dated: December 7, 2023 | Respectfully submitted,<br><br>/s/ Kathleen A. Gallagher<br>Kathleen A. Gallagher<br>PA I.D. #37950<br>THE GALLAGHER FIRM, LLC<br>436 Seventh Avenue, 31st Floor<br>Pittsburgh, PA 15219<br>Phone: (412) 308-5512<br>kag@gallagherlawllc.com<br><br>John M. Gore *<br>E. Stewart Crosland<br>Louis J. Capozzi III*<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>Phone: (202) 879-3939<br>jmgore@jonesday.com<br>scrosland@jonesday.com<br>lcapozzi@jonesday.com<br><br>Thomas W. King, III<br>Thomas E. Breth<br>DILLON, McCANDLESS, KING,<br>COULTER & GRAHAM, LLP<br>128 W. Cunningham St.<br>Butler, PA 16001<br>Phone: (724) 283.2200<br>tking@dmkcg.com<br>tbreth@dmkcg.com<br><br>Counsel for Proposed Intervenor and Intervenor-Defendants<br><br>* Admitted pro hac vice |