IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, *et al.*,<br><br>      *Plaintiffs*,<br> v.<br><br>AL SCHMIDT, in his official capacity as Secretary of the Commonwealth, *et al.*,<br><br>      *Defendants*. | Case No. 1:22-cv-00339-SPB |

## [PROPOSED] ORDER

AND NOW, this ____ day of December, 2023, upon consideration of Plaintiffs' Motion for Reconsideration of the Court's Order, ECF No. 366, dismissing the Motion to Intervene and Motion for a Stay Pending Appeal filed by Proposed Intervenor Richard Marino and the GOP Intervenors, it is hereby ORDERED and DECREED that the Motion for Reconsideration is GRANTED.

It is further ORDERED that Plaintiffs are hereby directed to file the Omnibus Opposition to Marino's Motion to Intervene and the Motion for a Stay, in the form of the attached "Exhibit A," prior to December 11, 2023, pursuant to this Court's previous Order, ECF No. 361, denying the request for expedited briefing.

                     _____
                     Honorable Susan Paradise Baxter
                     United States District Judge