IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENNYSLVANIA STATE CONFERENCE** | ) | |
| **OF THE NAACP, et al,** | ) | |
|     Plaintiffs, | ) | Civil Action No. 1:22-CV-339 |
| | ) | |
|               v. | ) | |
| | ) | |
| | ) | |
| **AL SCHMIDT,** | ) | |
| **Acting Secretary of the Commonwealth, et al,** | ) | |
|     Defendants. | ) | |

# O R D E R

AND NOW, this 8th day of May 2024;

This matter having been remanded from the Third Circuit for further proceedings on the equal protection claim,

IT IS HEREBY ORDERED that any dispositive motions on the remaining equal protection claim shall be due by May 29, 2024, and oppositions thereto shall be filed by June 14, 2024. Any reply briefs shall be filed by June 21, 2024. Courtesy copies of all exhibits are to be provided for the Court in labeled binders.

                                                        /s/ Susan Paradise Baxter
                                                        SUSAN PARADISE BAXTER
                                                        United States District Judge