IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, ET. AL.<br>　　　　　Plaintiffs,<br><br>　　v.<br>AL SCHMIDT, ET. AL.<br>　　　　　Defendants. | Case No. 1:22-CV-339-SPB |

## MOTION FOR SUMMARY JUDGMENT OF YORK COUNTY BOARD OF ELECTIONS

Defendant, York County Board of Elections, moves for summary judgment against plaintiffs and incorporates by references the arguments raised in the Motion for Summary Judgment and Supporting Memorandum of Law of Lancaster County Board of Elections (ECF No. 396), Motion for Summary Judgment of the National Republican Congressional Committee, Republican National Committee, and Republican Party of Pennsylvania and supporting memorandum of law (ECF No. 397 and 398), the Supplement Motion for Summary Judgment of the Berks County Board of Elections (ECF No. 399), and the Supplemental Motion for Summary Judgment of Republican Congressional Committee, Republican National Committee, and Republican Party of Pennsylvania (ECF No. 433 and 434).

1

|  | Respectfully submitted, |
|---|---|
| Date: July 5, 204 | */s/ Walter S. Zimolong* <br> Walter S. Zimolong III, Esq. <br> wally@zimolonglaw.com <br> James J. Fitzpatrick III, Esq. <br> james@zimolonglaw.com <br> P.O. Box 552 <br> Villanova, PA 19085 <br> (215) 665-0842 <br> *Attorneys for Defendant York County Board of Elections* |

## CERTIFICATE OF SERVICE

I hereby certify the foregoing has been filed electronically and is available for viewing and downloading from the Electronic Case Filing System of the United States District Court for the Western District of Pennsylvania. I further hereby certify that, in accordance with Fed. R. Civ. P. 5, service has been made upon counsel of record via ECF.

                                                                            Respectfully submitted,

Date: July 5, 2024                               */s/ Walter S. Zimolong III*
                                                                       Walter S. Zimolong III, Esq.
                                                                         wally@zimolonglaw.com
                                                                         James J. Fitzpatrick III, Esq.
                                                                         james@zimolonglaw.com
                                                                         P.O. Box 552
                                                                         Villanova, PA 19085
                                                                         (215) 665-0842