IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> AL SCHMIDT, in his official capacity as Secretary of the Commonwealth, *et al.*, <br><br> *Defendants* <br><br> and <br><br> REPUBLICAN NATIONAL COMMITTEE, *et al.*, <br><br> *Intervenor-Defendants* | Case No. 1:22-cv-00339-SPB |

**SUPPLEMENTAL MEMORANDUM REGARDING THE STATUS OF THE PENDING CROSS-MOTIONS FOR SUMMARY JUDGMENT**

On September 13, Plaintiffs submitted a response to the Court's September 3, 2024 Order (ECF No. 454) addressing the impact of the Pennsylvania Commonwealth Court's decision in *Black Political Empowerment Project v. Schmidt*, 2024 WL 400321 (Pa. Commw. Ct. Aug. 30, 2024) ("*B-PEP*").

However, after the parties submitted their responses, the Supreme Court of Pennsylvania issued a short, one-page order vacating the Commonwealth Court's decision on procedural grounds. *See* Ex. A.

In light of that vacatur, the *B-PEP* decision no longer protects voters from disenfranchisement, and absent some other judicial ruling on the matter, the envelope-date rule will be enforced to disenfranchise voters. Plaintiffs maintain their

1

request that this Court rule on the pending cross-motions in order to ensure the protection of their federal constitutional rights.

In light of the fast-moving nature of state court litigation on this issue, and unless instructed otherwise, Plaintiffs will file a further supplemental memorandum if further state court litigation on this issue is initiated or renewed.

## CONCLUSION

Plaintiffs' motion for summary judgment should be granted.

Dated: September 16, 2024

Stephen Loney (PA 202535)
Marian K. Schneider (PA 50337)
AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
sloney@aclupa.org
mschneider@aclupa.org

Witold J. Walczak (PA 62976)
AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA
P.O. Box 23058
Pittsburgh, PA 15222
Tel: (412) 681-7736
vwalczak@aclupa.org
rting@aclupa.org

David Newmann (PA 82401)
Brittany C. Armour (PA 324455)
HOGAN LOVELLS US LLP
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
Tel: (267) 675-4610
david.newmann@hoganlovells.com
brittany.armour@hoganlovells.com

Respectfully submitted,

/s/ Ari J. Savitzky
Ari J. Savitzky
Megan C. Keenan
Sophia Lin Lakin
Adriel I. Cepeda Derieux
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
asavitzky@aclu.org
mkeenan@aclu.org
slakin@aclu.org
acepedaderieux@aclu.org

*Counsel for the Pennsylvania State Conference of the NAACP, League of Women Voters of Pennsylvania, Philadelphians Organized to Witness, Empower and Rebuild, Common Cause Pennsylvania, Black Political Empowerment Project, Make the Road Pennsylvania, Barry M. Seastead, Marlene G. Gutierrez, Aynne Margaret Pleban Polinski, Joel Bencan, and Laurence M. Smith*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on the date set forth below, I caused a true and correct copy of the foregoing Supplemental Memorandum to be served via the Court's electronic filing system upon all counsel of record.

Dated: September 16, 2024                                        Respectfully submitted,

                                                                                   /s/ Ari J. Savitzky
                                                                                   Ari J. Savitzky

                                                                                   *Counsel for Plaintiffs*

Exhibit A

**[J-79-2024]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| BLACK POLITICAL EMPOWERMENT PROJECT, POWER INTERFAITH, MAKE THE ROAD PENNSYLVANIA, ONEPA ACTIVISTS UNITED, NEW PA PROJECT EDUCATION FUND, CASA SAN JOSÉ, PITTSBURGH UNITED, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, AND COMMON CAUSE PENNSYLVANIA | : : : : : : : : : : : | No. 68 MAP 2024<br><br>Appeal from the Order of the Commonwealth Court at No. 283 MD 2024 dated August 30, 2024.<br><br>SUBMITTED: September 4, 2024 |
| v. | : : : | |
| AL SCHMIDT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE COMMONWEALTH, PHILADELPHIA COUNTY BOARD OF ELECTIONS, AND ALLEGHENY COUNTY BOARD OF ELECTIONS | : : : : : : : : : | |
| APPEAL OF:  REPUBLICAN PARTY OF PENNSYLVANIA AND REPUBLICAN NATIONAL COMMITTEE | : : : : | |

**ORDER**

**PER CURIAM**

**AND NOW,** this 13th day of September, 2024, the order of the Commonwealth Court is VACATED.  The Commonwealth Court lacked subject matter jurisdiction to review the matter given the failure to name the county boards of elections of all 67 counties, and because the joinder of Al Schmidt, in his official capacity as Secretary of the Commonwealth, did not suffice to invoke the Commonwealth Court's original jurisdiction.  See 42 Pa.C.S. § 761(a)(1); *see also Penn. State Educ. of Ass'n ex rel.*

*Wilson v. Com., Dept. of Comm. and Econ. Dev.*, 50 A.3d 1263, 1277 (Pa. 2012) ("In determining whether a party is indispensable, the basic inquiry remains 'whether justice can be done in the absence of a third party.'"); *Sprague v. Casey*, 550 A.2d 184, 189 (Pa. 1988) ("[U]nless all indispensable parties are made parties to an action, a court is powerless to grant relief. . . . Thus, the absence of such a party goes absolutely to the court's jurisdiction.") (citation omitted).  The request for extraordinary jurisdiction pursuant to 42 Pa.C.S. § 726 is DENIED.

      Justice Wecht files a dissenting statement in which Chief Justice Todd and Justice Donohue join.

[J-79-2024]
IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT

| | |
|---|---|
| BLACK POLITICAL EMPOWERMENT PROJECT, POWER INTERFAITH, MAKE THE ROAD PENNSYLVANIA, ONEPA ACTIVISTS UNITED, NEW PA PROJECT EDUCATION FUND, CASA SAN JOSÉ, PITTSBURGH UNITED, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, AND COMMON CAUSE PENNSYLVANIA<br><br>v.<br><br>AL SCHMIDT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE COMMONWEALTH, PHILADELPHIA COUNTY BOARD OF ELECTIONS, AND ALLEGHENY COUNTY BOARD OF ELECTIONS<br><br>APPEAL OF:  REPUBLICAN PARTY OF PENNSYLVANIA AND REPUBLICAN NATIONAL COMMITTEE | No. 68 MAP 2024<br><br>Appeal from the Order of the Commonwealth Court at No. 283 MD 2024 dated August 30, 2024.<br><br>SUBMITTED:  September 4, 2024 |

**DISSENTING STATEMENT**

**JUSTICE WECHT** **Decided: September 13, 2024**

I respectfully dissent from today's Order vacating the Commonwealth Court's decision below, which held that strict enforcement of the Election Code's requirement that electors write the date on the envelope of their absentee or mail-in ballot violates the Free and Equal Elections clause of the Pennsylvania Constitution.[1] A prompt and definitive ruling on the constitutional question presented in this appeal is of paramount public

---

[1] See PA. CONST. art. I, § 5.

importance inasmuch as it will affect the counting of ballots in the upcoming general election.  Therefore, I would exercise this Court's King Bench authority over the instant dispute and order that the matter be submitted on the briefs.[2]

I respectfully dissent.

Chief Justice Todd and Justice Donohue join this dissenting statement.

---

[2] 42 Pa.C.S. § 502 (setting forth this Court's King's Bench authority); *Commonwealth v. Chimenti*, 507 A.2d 79 (Pa. 1986) (discussing this Court's authority to *sua sponte* exercise King's Bench jurisdiction).