IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, et al, <br>     Plaintiffs, <br><br> v. <br><br> AL SCHMIDT, <br> Acting Secretary, et al, <br>     Defendants. | Case No. 1:22-CV-339 <br><br> RE: ECF No. 244 |

# O R D E R

    This matter is before the Court on remand from the United States Court of Appeals for the Third Circuit. Presently pending are several motions for summary judgment. *See* ECF Nos. 397, 400, 433, 435, 436, and 437. On September 27, 2024, Plaintiffs herein filed a petition seeking a Writ of Certiorari in the United States Supreme Court. *See* Supreme Court Case Number 24-363. A response to the petition is currently due in the Supreme Court by October 31, 2024. *Id.* Although no Party informed this Court of that filing, judicial notice of that filing may be taken. *See, e.g., Orabi v. Att'y Gen. of the U.S.*, 738 F.3d 535, 537 n.1 (3d Cir. 2014) (a court "may take judicial notice of the contents of another [c]ourt's docket.").

    The filing of a petition for writ of certiorari may have a direct impact on the continued progression of this case in this Court. Accordingly, this litigation is hereby **STAYED** pending a decision on the petition by the Supreme Court. This Court has broad discretion to stay proceedings. *See Bechtel Corp. v. Local 215, Laborer's Int'l Union of N. Am.*, 544 F.2d 1207, 1215 (3d Cir. 1976). This power is "incidental to the power inherent in every court to control the

disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936).

It is further **ORDERED** that within ten days of the resolution of the petition, or any subsequent appeal and final resolution by the Supreme Court, Counsel for Plaintiffs are directed to file a written status report in this Court.

*[signature]*
SUSAN PARADISE BAXTER
United States District Judge

Dated: October 22, 2024