IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, *et al.*,<br><br>      *Plaintiffs*,<br> v.<br><br>AL SCHMIDT, in his official capacity as Acting Secretary of the Commonwealth, *et al.*,<br><br>      *Defendants.* | Case No. 1:22-cv-00339-SPB |

### MOTION TO WITHDRAW ATTORNEY CASEY SMITH AS COUNSEL FOR PLANTIFFS

  Movant, Attorney Casey Smith, hereby submits this Motion to Withdraw as Counsel for Plantiffs in this matter pursuant to L.R. 83.2 C.4, and in support thereof states as follows:

  1. Movant, Attorney Casey Smith has left the employment of the ACLU Foundation and therefore, requests she be withdrawn as counsel of record for Plaintiffs Pennsylvania State Conference of the NAACP, League of Women Voters of Pennsylvania, Philadelphians Organized to Witness, Empower and Rebuild, Common Cause Pennsylvania, Black Political Empowerment Project, Make the Road Pennsylvania, Barry M. Seastead, Marlene G. Gutierrez, Aynne Margaret Pleban Polinski, Joel Bencan, and Laurence M. Smith (hereinafter "Plaintiffs").

  2. Plaintiffs will continue to be represented by counsel at the ACLU Foundation, ACLU of Pennsylvania, and Hogan Lovells US LLP.

  3. In light of Plaintiffs' continued representation, Plaintiffs will suffer no adverse effect from the withdrawal of Attorney Smith's appearance. WHEREFORE, Casey Smith

respectfully requests that this Court enter an order granting this motion and permitting her to withdraw from this action as counsel of record for Plaintiffs-Appellants.

Dated: October 22, 2024                                             Respectfully submitted,

*/s/ Casey Smith*
Casey Smith
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a true and correct copy of this document via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

Dated: October 22, 2024                                Respectfully submitted,

*/s/ Casey Smith*
Casey Smith
ACLU FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004