IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PENNSYLVANIA STATE
CONFERENCE OF THE NAACP, *et al.*,

        *Plaintiffs*,

v.

AL SCHMIDT, in his official capacity as
Secretary of the Commonwealth, *et al.*,

        *Defendants*,

and

REPUBLICAN NATIONAL
COMMITTEE, *et al.*,

        *Intervenor-Defendants*.

Case No. 1:22-cv-00339-SPB

**STATUS REPORT**

On October 22, 2024, this Court stayed the proceedings in this case during the pendency of a petition for certiorari from the Court of Appeals for the Third Circuit regarding that Court's ruling that the federal Materiality Provision, 52 U.S.C. § 10101(a)(2)(B), did not apply to the envelope form at issue in this case, *see* Pet. for Cert., No. 24-363 (U.S.). ECF No. 467. The Court instructed Plaintiffs to provide a status report once the petition for certiorari had been resolved. *Id.*

On January 21, 2025, the United States Supreme Court denied the petition for certiorari. *See* United States Supreme Court, January 21, 2025 Order List, https://www.supremecourt.gov/orders/courtorders/012125zor_f204.pdf. Accordingly,

1

the stay should be lifted and this Court should proceed to rule on the pending motions for summary judgment on the federal constitutional claims in this case.[1]

## CONCLUSION

The stay should be lifted and the litigation should proceed.

Dated: January 23, 2025

Stephen Loney (PA 202535)
Marian K. Schneider (PA 50337)
AMERICAN CIVIL LIBERTIES UNION
OF PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
sloney@aclupa.org
mschneider@aclupa.org

Witold J. Walczak (PA 62976)
AMERICAN CIVIL LIBERTIES UNION
OF PENNSYLVANIA
P.O. Box 23058
Pittsburgh, PA 15222
Tel.: (412) 681-7736
vwalczak@aclupa.org
rting@aclupa.org

David Newmann (PA 82401)
Brittany C. Armour (PA 324455)
HOGAN LOVELLS US LLP
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
Tel.: (267) 675-4610
david.newmann@hoganlovells.com
brittany.armour@hoganlovells.com

Respectfully submitted,

/s/ Ari J. Savitzky
Ari J. Savitzky
Megan C. Keenan
Sophia Lin Lakin
Adriel I. Cepeda Derieux
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
asavitzky@aclu.org
mkeenan@aclu.org
slakin@aclu.org
acepedaderieux@aclu.org

*Counsel for the Pennsylvania State Conference of the NAACP, League of Women Voters of Pennsylvania, Philadelphians Organized to Witness, Empower and Rebuild, Common Cause Pennsylvania, Black Political Empowerment Project, Make the Road Pennsylvania, Barry M. Seastead, Marlene G. Gutierrez, Aynne Margaret Pleban Polinski, Joel Bencan, and Laurence M. Smith*

---

[1] On January 17, 2025, the Supreme Court of Pennsylvania granted in part a petition for allocatur filed by intervenors in *Baxter v. Philadelphia Board of Elections*, *docketed* 1 EAP 2025 - 2 EAP 2025, with briefing to take place over the next two months. The grant of allocatur includes the question whether the enforcement of the envelope-date rule to disenfranchise mail ballot voters violates the Free and Equal Elections Clause of the Pennsylvania Constitution, Pa. Const. art. I, § 5.

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the date set forth below, I caused a true and correct copy of the foregoing Status Report to be served via the Court's electronic filing system upon all counsel of record.

Dated: January 23, 2025
/s/ Ari Savitzky