IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNYSLVANIA STATE CONFERENCE OF THE NAACP, et al, <br>     Plaintiffs, <br><br> v. <br><br> AL SCHMIDT, <br> Acting Secretary of the Commonwealth, et al, <br>     Defendants. | Civil Action No. 1:22-CV-339 |

**O R D E R**

AND NOW, this 7th day of February 2025,

IT IS HEREBY ORDERED that the stay in this matter is lifted as the Court has been notified that the U.S. Supreme Court denied the petition for certiorari on January 21, 2025.

                                                    /s/ Susan Paradise Baxter
                                                  SUSAN PARADISE BAXTER
                                                  United States District Judge