IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA STATE CONFERENCE OF THE NAACP, *et al.*,<br><br>                *Plaintiffs*,<br>   v.<br><br>AL SCHMIDT, in his official capacity as Secretary of the Commonwealth, *et al.*,<br><br>                *Defendants*<br><br>and<br><br>REPUBLICAN NATIONAL COMMITTEE, *et al.*,<br><br>                *Intervenor-Defendants* | Case No. 1:22-cv-00339-SPB |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT AND
UNOPPOSED MOTION FOR A RULE 54(b) JUDGMENT**

Plaintiffs respectfully submit this Notice of Supplemental Authority to alert the Court regarding the issuance of new precedent that is relevant to (indeed, dispositive of) their pending motion for summary judgment (ECF No. 400) as well as their pending motion for a Rule 54(b) judgment (ECF Nos. 475, 476, 478).

In particular, on August 26, 2025, the United States Court of Appeals for the Third Circuit issued a unanimous, precedential decision in *Eakin v. Adams County Board of Elections*, No. 25-1644 (3d Cir.), affirming this Court's grant of summary judgment to the plaintiffs in the companion *Eakin* case. On the same undisputed factual record presently before the Court in this case, which was developed in coordinated discovery, the Third Circuit held that Plaintiffs in *Eakin* were indeed

1

entitled to judgment as a matter of law on their *Anderson-Burdick* constitutional claim that enforcement of the meaningless envelope-date requirement to disenfranchise Pennsylvania voters violates the First and Fourteenth Amendments.   *See Eakin* Slip Op. 40-54.

A copy of the Court's decision is appended to this Notice.

Because *Eakin* involves the same factual record and the same legal claims, the Third Circuit's affirmance squarely and clearly controls the outcome of the PA NAACP Plaintiffs' pending motion for summary judgment in this case, especially and specifically with respect to their motion for summary judgment on their *Anderson-Burdick* claims.  Moreover, the issuance of this precedential and controlling ruling is further reason for the Court to grant Plaintiffs' pending motion for a Rule 54(b) judgment as to their *Anderson-Burdick* claims.  On that score, Plaintiffs further note that no defendant ever filed any opposition to the motion for a Rule 54(b) judgment, which accordingly may be treated as unopposed.

## CONCLUSION

Plaintiffs' motion for summary judgment should be granted, either in full, or as to their *Anderson-Burdick* claims pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

Dated: August 28, 2025

Ari J. Savitzky
Megan C. Keenan
Sophia Lin Lakin
Adriel I. Cepeda Derieux
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
asavitzky@aclu.org
mkeenan@aclu.org
slakin@aclu.org
acepedaderieux@aclu.org


David Newmann (PA 82401)
Brittany C. Armour (PA 324455)
HOGAN LOVELLS US LLP
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
Tel: (267) 675-4610
david.newmann@hoganlovells.com
brittany.armour@hoganlovells.com

Respectfully submitted,

*/s/ Stephen A. Loney, Jr.*
Stephen A. Loney, Jr. (PA 202535)
Kate Steiker-Ginzburg (PA 332236)
AMERICAN CIVIL LIBERTIES UNION OF
PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
sloney@aclupa.org
ksteiker-ginzberg@aclupa.org

Witold J. Walczak (PA 62976)
AMERICAN CIVIL LIBERTIES UNION OF
PENNSYLVANIA
P.O. Box 23058
Pittsburgh, PA 15222
Tel: (412) 681-7736
vwalczak@aclupa.org


*Counsel for the Pennsylvania State Conference of the NAACP, League of Women Voters of Pennsylvania, Philadelphians Organized to Witness, Empower and Rebuild, Common Cause Pennsylvania, Black Political Empowerment Project, Make the Road Pennsylvania, Barry M. Seastead, Marlene G. Gutierrez, Aynne Margaret Pleban Polinski, and Joel Bencan*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the date set forth below, I caused a true and correct copy of the foregoing Notice to be served via the Court's electronic filing system upon all counsel of record.

Dated: August 28, 2025                                      */s/ Stephen A. Loney, Jr.*
                                                            Stephen A. Loney, Jr.